UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - x

MAKSIM SHERMAN,

                        Plaintiff,

           -against-

COUNTY OF NASSAU AND POLICE OFFICER DAVID J.
MCGARRIGLE,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - x

                   48 Wall Street
                   New York, New York

                   August 11, 2017
                   10:54 a.m.

       **DEPOSITION** of **VERONICA RITTER**, a

Non-party witness in the above-entitled action,

held at the above time and place, pursuant to

Subpoena, taken before Jennifer M. Juliani, a

shorthand reporter and Notary Public within and

for the State of New York.



LEX REPORTING SERVICE, INC.

PROFESSIONAL REPORTING SINCE 1980

TOLL FREE 800.608.6085

LEX#127444

```
 1                                                    2

 2      A p p e a r a n c e s:

 3

 4           McMANUS ATESHOGLOU ADAMS
             AIELLO & APOSTOLAKOS, PLLC
 5                Attorneys for Plaintiff
                  48 Wall Street
 6                New York, New York 10005
             BY:  PHILIP V. AIELLO, ESQ.
 7                FILE#:  OTH-8330

 8

 9           NASSAU COUNTY OFFICE OF
             THE COUNTY ATTORNEY
10                Attorneys for Defendants
                  One West Street
11                Mineola, New York 11501
             BY:  RALPH J. REISSMAN, ESQ.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                                                    3

2                    S T I P U L A T I O N S

3

4            IT IS HEREBY STIPULATED AND AGREED

5      by and between the attorneys for the respective

6      parties herein, that filing, sealing and

7      certification be and the Same are hereby

8      waived.

9            IT IS FURTHER STIPULATED AND AGREED

10     that all objections, except as to the form of

11     the question shall be reserved to the time of

12     the trial.

13           IT IS FURTHER STIPULATED AND AGREED

14     that the within deposition may be signed and

15     sworn to before any officer authorized to

16     administer an oath, with the same force  and

17     effect as if signed and sworn to before the

18     Court and that a copy of this examination shall

19     be furnished without charge to the attorney

20     representing the witness testifying herein.

21

22

23

24

25

```
 1                                                        4
 2      V E R O N I C A   R I T T E R, the witness
 3              herein, having been first duly sworn by
 4              a Notary Public of the State of New
 5              York, was examined and testified as
 6              follows:
 7      EXAMINATION BY
 8      MR. AIELLO:
 9           Q     State your name for the record,
10      please.
11           A     Veronica Ritter, V-E-R-O-N-I-C-A,
12      R-I-T-T-E-R.
13           Q     State your address for the
14      record, please.
15           A     233 East 96th Street, Apartment
16      1-RE, New York, New York 10128.
17                  MR. AIELLO:  Can you mark
18              these.
19                  (Documents were marked as
20              Plaintiff's Exhibits 1 and 2 for
21              identification, as of this date.)
22                  MR. REISSMAN:  Deputy County
23              Attorney Ralph Reissman, I'll be
24              ordering a copy of this
25              transcript to be sent to the
```

```
 1                      V. Ritter                    5
 2              address I gave on the business
 3              card.  I'll also be sending you a
 4              County form to fill out, a
 5              voucher and an invoice form.
 6              When you send me the transcript
 7              I'll send you the form that you
 8              need to fill out and you will get
 9              paid.  Thank you.
10      Q       Good morning, Ms. Ritter.
11      A       Good morning.
12      Q       My name is Philip Aiello and I
13   represent the plaintiff, Maksim Sherman, in
14   connection with an incident that occurred on
15   April 2, 2015.
16              I'm going to be asking you some
17   questions.  I just ask that you wait until I
18   finish my question before you respond and all
19   your responses are verbal because the
20   reporter has to be able to take down what you
21   say, she can't take down a shrug or a nod of
22   the head.
23      A       Okay.
24      Q       Okay?
25      A       Yep.
```

```
1                    V. Ritter                    6
2         Q      If you don't understand any of my
3    questions, please tell me, I will be glad to
4    repeat it or rephrase it for you so you
5    understand so that you can give an answer.
6                If you'd like to take a break at
7    any time, just tell us, you know, we're not
8    in court, you can take a break if you need to
9    use the ladies' room or want some water or
10   anything like that.  I just ask that you
11   don't request a break while a question is
12   pending, okay?
13        A      Yeah.
14        Q      And again, we're just looking to
15   find out what you recall, we don't want you
16   to guess or assume anything, if you could
17   just answer what you have knowledge of, okay?
18        A      Yes.
19        Q      Again, just so you know, you're
20   here via a response to a subpoena so you're
21   not represented.
22                I'm just going to show you what
23   we marked today as Plaintiff's Exhibit 1.  If
24   you could tell me if that's the subpoena that
25   was served on you?
```

```
 1                        V. Ritter                    7

 2            A      It wasn't served on me, it was

 3     served on my mom.

 4            Q      But at your mom's home?

 5            A      Yes.

 6            Q      You're here as a result of that?

 7            A      Yes.

 8            Q      Ms. Ritter, the residence that

 9     you just put on the record, how long have you

10     lived there?

11            A      Two years.

12            Q      Do you live there alone?

13            A      No, with my fiance.

14            Q      How long have you been engaged?

15            A      Four months.

16            Q      Congratulations.

17            A      Thank you.

18            Q      Was your fiance your boyfriend

19     back in April of 2015?

20            A      Yes.

21            Q      What's his name?

22            A      Ian Rifkin.   I-A-N R-I-F-K-I-N.

23            Q      I just want to go back to April

24     of 2015.   Where were you living at that time?

25            A      1894 Stuyvesant Avenue where the
```

```
 1                    V. Ritter                    8
 2   incident occurred, outside of --
 3           Q     Is that East Meadow, New York?
 4           A     Yes.
 5           Q     11554?
 6           A     Correct.
 7           Q     Is that your family home?
 8           A     Yeah.
 9           Q     Who was living there with you at
10   that time back in 2015?
11           A     At that time it was my parents,
12   Anna and Gerald, my sister Tatiana and my
13   brother Jack.
14           Q     And all have the same last name?
15           A     Yes.
16           Q     Do you recall an incident
17   occurring back on April 2, 2015 outside of
18   that address?
19           A     I do.
20           Q     Do you remember about what time
21   it was when it occurred?
22           A     I want to say I woke up maybe
23   around 1:00 a.m.
24           Q     Who else was in the house at that
25   time with you?
```

```
1                         V. Ritter                    9
2            A      My mom, my dad, my -- I want to
3     say my brother because he was -- actually,
4     no, he was away at school, so my mom and my
5     dad.
6            Q      At approximately 1:00 in the
7     morning you indicated you awoke, what caused
8     you to awake?
9            A      I heard loud screams outside the
10    window.
11           Q      When you say outside the window,
12    did the home have a driveway?
13           A      Yes.  My bedroom window looks out
14    over the driveway.
15           Q      Does the driveway then lead out
16    to the street?
17           A      Yes.
18           Q      What street is that there?
19           A      Stuyvesant Avenue, intersecting
20    with York which is where -- where it really
21    technically was, York and Stuyvesant.
22           Q      Did you look out the window or
23    what did you do when you heard the sounds?
24           A      I looked out the window.
25           Q      Tell me what you saw initially,
```

```
1                        V. Ritter                    10

2    we will go through step by step.

3         A    I believe I saw a car, that was

4    it, I didn't see like people.  Then I went to

5    the living room window, which is much wider

6    and I saw my sister and Max.  My mom was

7    waiting inside at the window.

8         Q    At that point did you come to

9    realize if that was Max's car?

10        A    I was not really familiar with

11   his car at that point but I knew it was them

12   two and his car, yeah.

13        Q    Had Max and your sister been

14   dating for awhile at that point?

15        A    I'm not sure how long but at

16   least a month or two.

17        Q    Okay.  Had you met Maksim Sherman

18   before that evening?

19        A    Yeah, I think once or twice.

20        Q    At that point what happened, did

21   you continue to observe them?

22        A    Yes, we were observing them.  My

23   mom had told me that she had called the cops,

24   unbeknownst to her she didn't realize it was

25   my sister.  We were trying to get them to
```

```
 1                    V. Ritter                    11
 2    come inside.  My sister and Max weren't
 3    listening.  Then at that point the police
 4    pulled up, they began talking to both my
 5    sister and Max.  My sister was just totally
 6    incoherent.
 7           Q    If you don't mind, let me kind of
 8    break it down because we're trying to get to
 9    all of that.
10           A    Okay.
11           Q    Do you know about how long it
12    took for the police to arrive?
13           A    A few minutes.
14           Q    And initially was it one cop car
15    that arrived?
16           A    Yes.
17           Q    Do you remember how many police
18    officers were in that car, if it was one or
19    two?
20           A    I believe two.
21           Q    Could you tell me where Max's car
22    was parked in relation to your house?
23           A    I can't say for certain exactly
24    where, it was either right in front or on the
25    corner across the street.
```

```
                          V. Ritter                    12
 2        Q       When the first cop car came, do
 3   you know where in relation to Max's car that
 4   car parked?
 5        A       I want to say it was -- I
 6   remember the cop car was at the corner
 7   because Max was held up against it.  I don't
 8   really know where Max's car was in relation
 9   to the cop car.
10        Q       When the first cop car got there,
11   were you already outside?
12        A       No.
13        Q       Still inside?
14        A       We were still inside.
15        Q       Did you come out of your home
16   when the cops arrived or sometime after that?
17        A       A few minutes after that.
18        Q       When the cops arrived, did you
19   observe what was going on?
20        A       Yes.
21        Q       What did you see happening at
22   that point?
23        A       My mom and I were just waiting to
24   see what the situation would be like, if they
25   were able to stop it.  Then I think that
```

```
1                     V. Ritter                    13
2      they -- maybe my sister did something and
3      then we ran outside.
4           Q      When you say, if they could stop
5      it --
6           A      Like if they could get them to
7      come back in or --
8           Q      What was going on, was it an
9      argument at that point?
10          A      Yeah, they were just still
11     fighting, yelling, and that wasn't stopping.
12          Q      Could you hear what they were
13     arguing about?
14          A      No, not -- no.
15          Q      Was there any physical
16     interaction or was it just verbal?
17          A      With my sister and Max?
18          Q      Yes.
19          A      Just verbal.
20          Q      After the first cop car got there
21     and the two cops got out, were you able to
22     hear any of the interaction between the cops
23     and either your sister or Max?
24          A      No, but it quickly escalated and
25     the cops had Max and then we were just -- we
```

```
1                      V. Ritter                14
2     kind of -- my mom and I kind of split and I
3     was with Max and my mom was with my sister.
4          Q     I'm going to take it kind of step
5     by step.
6                From the time you exited the
7     house initially, okay, what was going on when
8     you first got out of the house?
9          A     The cop -- I believe the cops
10    were restraining each of them.  Like they
11    were putting up -- they were -- I don't know,
12    they were physically involved, like each cop
13    with each party.
14         Q     Was one officer speaking with or
15    dealing with your sister and another one
16    talking to Max?
17         A     Correct.  Yes.
18         Q     When you came out of the house,
19    did you overhear any of the conversations
20    that either of those individuals were having
21    with the police?
22         A     Not really.  My sister was saying
23    he's hurting me.
24         Q     Who was hurting her?
25         A     The cop.
```

V. Ritter                          15

    Q      Can you describe that officer

that was interacting with your sister?

    A      Physically?

    Q      White, black, tall, short?

    A      I really don't know.

    Q      And there was another officer

dealing with Maksim?

    A      Yes.

    Q      Could you describe that officer?

    A      He was a bit taller, a little bit

heavier set.  I want to say he was, not

balding, but not much hair on top of his

head.  I'm not a hundred percent sure but I

believe so.

    Q      He was white?

    A      Yes, white.

    Q      They both had uniforms on?

    A      Yes.

    Q      The first physical intersection

that you actually observed, was that between

the officer and your sister, the officer and

Max or something else?

    A      The officer and Max.

    Q      What was the initial interaction

```
 1                    V. Ritter                    16
 2    physically you saw between them?
 3         A    He was putting Max against the
 4    hood of the car.
 5         Q    When you say he?
 6         A    The cop was putting Max against
 7    the hood of the car, like his head.
 8         Q    Just prior to that, how were they
 9    interacting?  In other words, was there
10    yelling, was somebody telling someone to do
11    something, do you recall what led to that?
12         A    There was yelling the whole time,
13    my sister really never stopped yelling.
14         Q    Your sister?
15         A    Yes.
16         Q    What about Max?
17         A    I think he was yelling at the cop
18    when he was very forceful and --
19         Q    When he was forceful with who?
20         A    With Max.  Like Max was
21    restrained and the cop was --
22         Q    Do you have any idea why the cop
23    restrained Max?
24         A    No.
25         Q    Did you --
```

```
 1                         V. Ritter                    17

 2          A      Oh, yes.

 3          Q      Okay.

 4          A      I believe the cop -- Max was kind

 5   of trying to defend my sister because he felt

 6   that the other cop was hurting her because

 7   she kept saying that, so I think maybe

 8   Max said something or was going over there

 9   and then the other cop came and took him.

10          Q      What was the other cop doing to

11   your sister that led Max to say what he did?

12          A      He was probably trying to

13   handcuff her, I don't know for sure.

14          Q      Did you see if he was actually

15   physically handling your sister, the cop was

16   handling your sister at that point?

17          A      Yes.

18          Q      Was he?

19          A      Yes.

20          Q      Do you remember what he was

21   doing?

22          A      I don't really remember the order

23   of events but I remember at one point my

24   sister was -- he was like -- she was on the

25   floor with him over her.
```

V. Ritter                          18

Q      Him being the cop?

A      Yes, the cop was on the -- like
holding her down.  I mean, she's five-two
but.

Q      At any time before you saw the
cop interacting physically with Max, did you
see Max touch either of the two cops?

A      No.

Q      Did you overhear Max threatening
either of the two cops before they became
physical with him?

A      No.

Q      Do you recall seeing Max do
anything that would have been threatening or
that you felt would have caused the police to
become physical with Max?

A      No.  But I'm not a cop, so.

Q      I'm just asking what you saw,
okay?

A      Yeah.

Q      If you saw him raise his hands
or, you know, be aggressive with any of the
officers before they became physical with
Max?

```
                          V. Ritter                    19
 1
 2          A      I don't think so.
 3          Q      The first interaction physically
 4   you saw between an officer and Max was then
 5   putting him on a car you said?
 6          A      Yeah, like kind of very
 7   aggressively putting him against the car, so
 8   much so that I was even on the cop's back
 9   like trying to get him off and it's kind of a
10   shock that I wasn't arrested that night
11   because they pretty much arrested everyone.
12          Q      Which car was he put on?
13          A      The police car, I think.  I think
14   it was the police -- yeah, because the way it
15   was parked I believe it was the police car.
16          Q      How were they putting him on the
17   car, was it face first or on his back?
18          A      Face first.
19          Q      Where were Max's hands at that
20   time?
21          A      Tied behind his back.
22          Q      Tied?
23          A      Oh, I don't know if they were
24   cuffed or not but I don't think he had access
25   to his hands.
```

```
1                          V. Ritter                    20

2              Q      Right before that could you

3      describe at all, and I know a lot was going

4      on, but did Max say anything, did he have his

5      hands up, is there anything you can remember

6      right before that?

7              A      He was yelling that you're

8      hurting her, and just trying to help my

9      sister, yeah.

10             Q      Verbally or physically?

11             A      Verbally.

12             Q      At some point, did you witness

13     any other physical interaction between the

14     officers and Max?

15             A      Just when they put Max against

16     the car.  I mean, I know -- I believe he was

17     bleeding already from the face at that point,

18     I'm not sure if that was first or following

19     the car but he was -- he had no control and

20     he was still getting handled.

21             Q      Do you recall either of the

22     officers striking him with a baton?

23             A      I don't.

24             Q      Do you know how his head became

25     injured or bleeding?
```

```
1                        V. Ritter                    21

2          A      I thought it was from the car but

3    I'm not sure if he was bleeding first or

4    afterwards.

5          Q      What about after the cuffs were

6    on Max, what happened after that?

7          A      I think he was cuffed already

8    when they put him onto the car and then I was

9    just kind of like just trying to get the cop

10   to get off of him and then they sat him on

11   the sidewalk I think, and he was still

12   yelling.

13         Q      Do you recall --

14         A      I think they also smashed his

15   phone.

16         Q      Did you have a cell phone at the

17   time?

18         A      My mom did and they took that.

19         Q      Did anybody record any of this?

20         A      Yeah, they took that.

21         Q      Was that on your mother's cell

22   phone?

23         A      Yes, it was on my mom's cell

24   phone and she still hasn't gotten it back.

25         Q      Who took the phone?
```

```
 1                        V. Ritter                    22

 2           A       Another cop -- one of the twelve

 3      or so cops that arrived at the scene shortly

 4      after.

 5           Q       The other cops that arrived at

 6      the scene, did they arrive before or after

 7      Max was handcuffed?

 8           A       I think it was after.

 9           Q       Do you know where Max was when

10      the other cops arrived?

11           A       I thought he was sitting on the

12      curb.

13           Q       What, if anything, was going on

14      with your sister before the other cops came?

15           A       The cop had her like sprawled out

16      on the driveway, she was -- it was very hard

17      to contain her.  My mom was trying, then my

18      dad came out and he was trying to help the

19      cop get her to just calm down.  Then at that

20      point all the cop -- several other cops came

21      and then they arrest -- then they cuffed my

22      dad, threw him on the floor, he absolutely

23      did nothing and then I think together they

24      were able to cuff her and put her in a car.

25           Q       Was your sister intoxicated at
```

```
1                        V. Ritter                    23

2      the time?

3           A      Yes.

4           Q      Do you know if Max was

5      intoxicated?

6           A      I don't believe so.

7           Q      Do you know how much of what

8      occurred was videotaped by your mom on her

9      phone?

10          A      To be honest, she was

11     concentrating on my sister because that's

12     when the cop was on top of her, so I don't

13     know that Max is even in the video because

14     they were like on separate sides of the

15     street.  Maybe like ten minutes, maybe, that

16     seems generous though.  But they took the

17     phone away pretty quickly.

18          Q      The police?

19          A      Yeah, another cop.

20          Q      I know that there were two cops

21     initially there, one was dealing, you

22     indicated, with your sister and one was

23     dealing with Max.  Did you ever see

24     Max interact physically with the officer that

25     was dealing with your sister?
```

```
                              V. Ritter                    24
 1
 2          A     No.

 3          Q     Do you know if he --

 4          A     There was really no time to.

 5    Like it was very quickly that the other cop

 6    had Max -- that's when we really ran out,

 7    when we saw both of them being handled, we

 8    ran out and I went to Max, she went to my

 9    sister and there was no time for Max to go

10    anywhere.

11          Q     I'm going to show you a statement

12    that you, I believe, had given in connection

13    with the underlying criminal case against

14    Maksim Sherman and ask you to just read it

15    over and then I'll just ask you a few

16    questions.

17          A     Okay.

18                MR. REISSMAN:  Can you read

19                back the last two questions and

20                answers, please?

21                (Whereupon, the record was

22                read by the reporter.)

23          Q     Do you recall giving that

24    statement?

25          A     Yeah.
```

V. Ritter                          25

1
2          Q      Do you remember where you were
3    when you gave the statement?
4          A      In my dining room in the house.
5          Q      Do you know who took the
6    statement from you, was it in --
7          A      Someone with Max, someone on --
8    on his team.
9          Q      Maybe an investigator?
10          A      Yeah, an investigator I believe.
11          Q      Does this refresh your
12    recollection at all as to what occurred this
13    evening?
14          A      Yep, I mean, I think I'm pretty
15    accurate right now.  I don't remember the
16    baton but I know this to be true.
17          Q      This statement was given on April
18    12, 2015, correct?
19          A      Yep.
20          Q      So, about ten days after this
21    occurred?
22          A      Yes.
23          Q      Again, I just want to direct you
24    to the point where it says, it's about the
25    middle, "the next thing that happened was

```
 1                    V. Ritter                26

 2    Max got hit over the head with a baton by the

 3    other police officer who came from behind

 4    Max and hit him at least one time and

 5    possibly another time.  While Max was being

 6    hit over the head, I was standing right

 7    behind the police officer who was hitting

 8    Max in the head.  I was telling the cop to

 9    stop hitting Max."

10              Reading over those few sentences,

11    does that refresh your recollection as to

12    what occurred that evening?

13         A    No, I can't say that for sure

14    now, I don't remember that particular

15    instance but I believe this is true.

16         Q    Would there be any reason for

17    this not to be an accurate recording of the

18    statement that you gave?

19         A    No.

20         Q    So, do you believe what's

21    contained in this statement to be accurate as

22    to what occurred that evening?

23         A    Yes.

24         Q    You just don't remember right

25    now?
```

```
                         V. Ritter                    27
 1
 2        A     Yeah.
 3        Q     I'm just going to ask you to take
 4    a look at the very last sentence on the
 5    second page.
 6               MR. AIELLO:  And just for
 7               the record, it's a two-page
 8               document that we had marked today
 9               as Plaintiff's Exhibit 2 that
10               we're looking at.
11        Q     Where it says, "This statement is
12    true to the best of my knowledge and belief.
13    I would like to repeat the following, Max
14    Sherman never hit the police officers, never
15    pushed the police officers and did not flail
16    his arms and did not resist arrest."
17               Reading that final paragraph,
18    does that refresh your recollection as to
19    Max Sherman's actions that evening?
20        A     Yes, they still are clear in my
21    head.
22        Q     So, you do actually recall that
23    Max never hit the officers, never pushed them
24    and did not flail his arms or resist arrest?
25        A     Correct.
```

V. Ritter                    28

2    Q       Having been a witness to this

3    incident, do you recall any reason why the

4    officers would have used the force they did

5    against Max?  In other words, was there

6    anything you think that would have instigated

7    them to strike him or to treat him in the

8    manner in which they did?

9    A       I believe they probably thought

10   he was protecting my sister but nothing

11   that -- he didn't act in a way that required

12   defense.

13   Q       Other than the statement that you

14   just read over, do you recall having given

15   any other statements to any other individuals

16   in connection with this incident?

17   A       No.

18   Q       Did you have to appear in court

19   at all to testify?

20   A       No.

21   Q       Did you appear in court to

22   testify on behalf of your father?

23   A       No, all charges were dropped

24   against him.

25   Q       Did anyone from Internal Affairs

```
 1                    V. Ritter                29
 2  ever ask you any questions about this
 3  incident?
 4         A     No, the only time I spoke about
 5  it was when my statement was given on April
 6  12, 2015.
 7         Q     Have you ever spoken to Max after
 8  this incident?
 9         A     No.
10         Q     Did you ever talk to your sister
11  about this incident after it happened?
12         A     Not really.
13         Q     Did you see how Max left the
14  scene?
15         A     Bloodied in the back of the cop
16  car.
17         Q     When you say bloodied, could you
18  describe --
19         A     I think his face was just covered
20  in blood.
21         Q     Did he make any complaints of
22  pain or was he complaining of pain or
23  anything at the scene?
24         A     Upon reading the statement I
25  recall him sitting at the curb and saying why
```

```
1                        V. Ritter                    30
2      is my head bleeding.   He was -- he was
3      yelling because the neighbors were yelling at
4      him.
5            Q      What were the neighbors yelling?
6            A      Be quiet.
7            Q      Did EMS ever come to the scene,
8      do you know if an ambulance ever came to the
9      scene?
10           A      I don't believe so, no.   Just
11     more cops.
12           Q      Other than your mother and your
13     father, do you know if your brother witnessed
14     this incident?
15           A      He was away at college at the
16     time.   He came home that weekend for Easter,
17     he wasn't there that night.
18           Q      Do you know if either of your
19     parents ever gave any statements the way you
20     did in connection with this incident?
21           A      I don't believe they did.
22           Q      Have you ever seen any other
23     statements or incident reports in connection
24     with this incident, other than what I just
25     showed you today?
```

```
1                     V. Ritter                    31
2         A     No.
3         Q     Is there anything you would like
4    to add about what you witnessed that evening,
5    for the record?
6         A     It was all my sister's fault.
7    Hundred percent.  Max is an innocent
8    bystander.
9         Q     All right.  I have no further
10   questions.  Thank you, again, for your time.
11        A     Thank you.
12               MR. REISSMAN:  Now it's my
13               turn.
14               Off the record.
15               (Whereupon, a discussion was
16               held off the record.)
17   EXAMINATION BY
18   MR. REISSMAN:
19        Q     Ms. Ritter, I'm going to ask you
20   some more questions.  I'm going to ask you
21   some more extensive questions.  I'm going to
22   ask you some background about yourself and
23   your family.
24        A     Okay.
25        Q     And we will eventually get to the
```

```
1                        V. Ritter                        32

2       incident.

3                    Could you state your full name

4       for the record?

5             A      Veronica Ritter.

6             Q      Do you have any middle name?

7             A      Veronica Maria Ritter.

8             Q      Have you ever been known by any

9       other name, aliases?

10            A      A nickname, Vero, V-E-R-O.

11            Q      V-E-R-O?

12            A      Yeah.

13            Q      Like the beach.

14                   Okay.  As Mr. Aiello mentioned to

15      you, I'll be asking you the questions, please

16      wait for me to finish asking the question so

17      the reporter can get it down, she's typing

18      everything we say, and then respond to the

19      best of your ability verbally.  She can't

20      take down a nod of a head or a grunt or

21      something like that.

22            A      Okay.

23            Q      If you don't understand the

24      question, just ask me, say I don't understand

25      the question, try to rephrase, and I will.
```

```
 1                     V. Ritter                    33
 2          A      Great.
 3          Q      If you need a break at any
 4    time -- do you want to take a break now?
 5          A      I'm okay.  Thank you.
 6          Q      Okay, some background typical
 7    questions.
 8                 Are you presently under any
 9    medications?
10          A      No.
11          Q      When was the last time that you
12    drank alcohol?
13          A      Last -- this past Sunday, last
14    Sunday.
15          Q      Is there any reason you cannot
16    give complete and truthful answers to the
17    questions I pose to you?
18          A      No.
19          Q      Okay, good.
20          A      Only a lack of memory.
21          Q      Best you can do.
22                 Have you ever been in a
23    deposition before?
24          A      No.
25          Q      Have you ever been a plaintiff in
```

```
1                        V. Ritter                    34

2     a lawsuit where you sued somebody?

3          A     No.

4          Q     Have you ever been in a lawsuit

5     where somebody sued you?

6          A     No.

7          Q     Have you ever been arrested?

8          A     No.

9          Q     Did you do anything to prepare

10    for today's deposition?

11         A     No.

12         Q     This statement that Mr. Aiello

13    marked as Plaintiff's Exhibit 2, when was the

14    last time you had actually physically seen

15    this statement?

16         A     I believe the day after I made it

17    because the investigator I think typed it up

18    after he wrote it out.

19         Q     You said this investigator came

20    to your house in East Meadow?

21         A     Yes.

22         Q     Was he with anyone or just

23    himself?

24         A     Just himself.

25         Q     Did he ask you questions and he
```

```
 1                    V. Ritter                 35

 2     recorded your statements or how did he do

 3     this?

 4          A     He wrote down the answers, I'm

 5     not sure if he had a recording device.

 6          Q     Then did he come back to you with

 7     a statement to review?

 8          A     I believe so.  It may have been

 9     the next day, it was shortly after that.

10          Q     See on the top of the first page

11     it says, Scott Bookstein, Esquire, do you

12     know who that is?

13          A     I don't remember the name but

14     that may have been him who took the

15     statement.

16          Q     When the investigator was taking

17     your statement was he suggesting answers to

18     you?

19          A     No, he was not.

20          Q     He was the investigator?

21          A     No, he was not.

22          Q     He was not at the scene?

23          A     No.

24          Q     What is the date of your birth?

25          A     ██/██/91.
```

```
 1                        V. Ritter                  36

 2          Q       And Tatiana is younger or older

 3   than you?

 4          A       Older, ▓▓▓▓▓▓, 1989.

 5          Q       What's your brother's name?

 6          A       Jacques, J-A-C-Q-U-E-S.

 7          Q       Is he older or younger?

 8          A       Younger, ▓/▓95.

 9          Q       He's the youngest?

10          A       Yes.

11          Q       Where were you born?

12          A       Queens, New York.

13          Q       Where were you living in April of

14   2015?

15          A       1894 Stuyvesant Avenue, East

16   Meadow, New York.

17          Q       Who else was living with you in

18   that house?

19          A       My mother and father, my sister

20   and brother.  My brother was away at school.

21          Q       Your mother's name is Ana, A-N-A?

22          A       Yes.

23          Q       Your father's name is Gerald,

24   G-E-R-A-L-D?

25          A       Correct.
```

```
 1                        V. Ritter                   37

 2            Q      In 2015, was your father working?

 3            A      Yes.

 4            Q      What was he doing for a living?

 5            A      He owns a construction company,

 6     he is a self-contractor.

 7            Q      Was your mother working?

 8            A      Yes.  She is a dean of middle

 9     school.

10            Q      Which middle school?

11            A      An academic dean.  Turtle Hook

12     Middle School in Uniondale.

13            Q      Is she an academic dean?

14            A      Yes.

15            Q      What does that mean?

16            A      Dean of Academics.  She handles

17     academic discipline I guess.

18            Q      Is she a teacher?

19            A      No, she's a dean.  She's an

20     administrator.

21            Q      That's what I was trying to get

22     at.  Okay.

23                   Now, in 2015, did Tatiana have a

24     job, was she employed?

25            A      Yes.
```

V. Ritter                          38

Q      What was she doing?

A      She was an advisor for a beauty
school and she was also a bartender.

Q      So, in April 2015 what was her
typical day like, was she in beauty school in
the morning and bartending at night?

A      Yes, some week nightshifts but
usually on the weekends were bar -- like
Fridays, Saturdays, weekends, bartending and
then a normal full-time schedule during the
week at the beauty school.

Q      Where was this beauty school
located?

A      I think that was on Front Street
in Uniondale.

Q      Where was the bar that she worked
at located?

A      I think she was in New York City
at the time, at that time.  New York City and
also in Freeport on the Nautical Mile on Long
Island.  I think she had more than one gig.

Q      Growing up how would you
characterize your relationship with Tatiana?

A      We were closer when we were

```
1                        V. Ritter                39

2       younger.  She is just a little bit of a wild

3       card.

4            Q     So how would you characterize

5       her, say her behavior in 2015?  Was she a

6       party girl, was she studious?

7            A     No, she was getting her life

8       together.  She was trying to -- she just

9       moved back home after a period of time

10      living -- I'm not sure where she was living,

11      I don't remember.  But she just moved back

12      home, just trying to figure out what her next

13      step was.  But I wouldn't say she's a party

14      girl, like this -- she has a kidney problem

15      so she can't really handle alcohol like the

16      normal person.

17           Q     Even though she had a kidney

18      problem, did she continue to use alcohol?

19           A     Yeah.

20           Q     When she used alcohol, what

21      happened to her behavior?

22           A     Sometimes she would just maybe be

23      a little more aggressive and hotheaded.

24           Q     Do you know if she ever had

25      previously been arrested for anything?
```

```
 1                    V. Ritter                40
 2         A     I -- she was arrested for
 3   shoplifting.
 4         Q     Was that before or after April
 5   2015?
 6         A     I think it was before.
 7         Q     Just ask you some questions about
 8   yourself and then Tatiana, just trying to get
 9   a comparison.
10               Did you attend high school?
11         A     Yes.
12         Q     Which high school?
13         A     East Meadow High School.
14         Q     Did you graduate?
15         A     Yes.
16         Q     What did you do upon graduation?
17         A     I went to undergraduate school,
18   college.
19         Q     Which one?
20         A     University of Buffalo.
21         Q     Did you graduate?
22         A     Yes, 2012.  I graduated a year
23   early.
24         Q     Good.  What was your field?
25         A     English and journalism.
```

V. Ritter                              41

Q      What did you do upon graduating
SUNY Buffalo?

A      Moved back home to Long Island
and started interning in the City.  Trying to
find jobs.

Q      In what kind of field?

A      Editorial, copywriting.

Q      Publishing, would you call it the
publishing business?

A      More retail but on the publishing
side of things.  Marketing.

Q      So, what is your current
employment?

A      Currently I'm at Saks Fifth
Avenue as a copywriter.

Q      Where is that?

A      The corporate offices are
Brookfield Place in Tribeca.

Q      What do you do for them?

A      I'm a copywriter.

Q      You write ads --

A      I write E commerce product
descriptions.  So anything that's sold on the
website I write the description and the

```
 1                      V. Ritter                    42
 2      bullets.
 3                     MR. REISSMAN:  Off the
 4                record.
 5                     (Whereupon, a discussion was
 6                held off the record.)
 7          Q       Let's ask about Tatiana.
 8                  Where does Tatiana live now?
 9          A       Miami, Florida.
10          Q       When did she depart East Meadow
11      for Miami?
12          A       Around the end of summer 2015.
13          Q       Why did she go to Miami?
14          A       She needed a fresh start.
15          Q       Did Tatiana graduate high school?
16          A       Yes.
17          Q       East Meadow?
18          A       Yes.
19          Q       What did Tatiana do after
20      graduating high school?
21          A       She attended Baruch College in
22      the City, she did not complete her degree.
23      And then she completed beauty school and she
24      had a couple of different jobs.  Then at the
25      time this occurred she was a school advisor
```

```
 1                    V. Ritter                    43
 2   for the beauty school where she attended.
 3        Q     Where was that beauty school, you
 4   said in New York City?
 5        A     No, the beauty school I think was
 6   in Long Island.
 7        Q     Oh, I'm sorry.
 8        A     Yeah.
 9        Q     She was a teacher?
10        A     She was an advisor.
11        Q     Has Tatiana ever been married?
12        A     No.
13        Q     Now, it sounds a little -- I have
14   to do this lawyer wise.
15              Did you ever meet someone named
16   Maksim Sherman?
17        A     Yes.
18        Q     When was the first time that you
19   met him?
20        A     I really couldn't say.  Sometime
21   in the spring of 2015.
22        Q     How did you first meet him?
23        A     I believe at my house where I
24   lived at the time, my parents' house.
25        Q     How did Mr. Sherman come to be at
```

```
 1                      V. Ritter                    44
 2    the house?
 3         A      My sister invited him over to
 4    meet the family.
 5         Q      How long had they been seeing
 6    each other, Tatiana and Max?
 7         A      I don't know that.
 8         Q      Was it more than a month?
 9         A      I imagine.
10         Q      Two months?
11         A      Yes, probably several months.
12    I'm not sure.
13         Q      Now, the day of the incident it
14    was around, I'll suggest, 1:00 in the morning
15    on April 1, 2015, so just going to go into a
16    little more detail from what Mr. Aiello asked
17    you.
18               On the evening of April 1st --
19         A      I think it was April 2nd
20    technically.
21         Q      You're right.  So, what were you
22    doing I guess at midnight on April 1st coming
23    into April 2nd?
24         A      I was sleeping.
25         Q      Describe the layout of the house
```

```
1                    V. Ritter                45

2   in general?

3        A     It's a split house, so there are

4   three bedrooms upstairs, the kitchen, the

5   dining, the living room, downstairs there's

6   another bedroom, the den and a laundry room

7   and another bathroom.

8        Q     Where was your bedroom?

9        A     Upstairs overlooking like above

10  the driveway and the garage.

11       Q     Where was your parents' bedroom?

12       A     Right across from mine.  Their

13  window doesn't face to the front yard.

14       Q     But your window did face the

15  front yard?

16       A     Yes.

17       Q     Okay.  This is another lawyer

18  type question.

19             Did anything unusual happen in

20  the evening of April 1st going into April

21  2nd?

22       A     I was awoken to screaming outside

23  of the front house.

24       Q     Do you know who was screaming?

25       A     I looked out the window and I
```

```
1                        V. Ritter                    46
2    detected my sister.
3         Q     You saw your sister Tatiana, and
4    was she with anyone?
5         A     She was with Max.
6         Q     When you first saw her, was she
7    standing or in a car?
8         A     That's a good question.  I
9    believe she was standing.
10        Q     Do you have any recollection of
11   what she was yelling about?
12        A     No.
13        Q     Was Mr. Sherman yelling at her or
14   with her?
15        A     I think they were yelling at each
16   other.
17        Q     Had you ever seen them have this
18   kind of verbal argument before?
19        A     No.
20        Q     Do you believe that at that point
21   when you heard your sister yelling that she
22   was drunk?
23        A     Yes.
24        Q     Do you have any evidence of that,
25   how do you know she was drunk?
```

```
 1                       V. Ritter                    47
 2          A      Prior experience with her.
 3          Q      Did you know whether Mr. Sherman
 4   was drunk?
 5          A      No.
 6          Q      Did you know he was drunk or not
 7   drunk?
 8          A      I believe he was not drunk, he
 9   had driven the car.
10          Q      What was Tatiana's beverage of
11   choice?
12          A      No idea.
13          Q      Did there come a time that you
14   walked down the stairs out to the street?
15          A      Yes.
16          Q      What about your parents, did
17   there come a time when they walked down to
18   the street?
19          A      Yes, separately.
20          Q      What did you see when you walked
21   down to the street?
22          A      I saw the cops manhandling both
23   Max and my sister.
24          Q      First of all, did there come a
25   time you saw policemen come to the scene?
```

```
1                        V. Ritter                    48
2            A      Yes.
3            Q      At the time you walked downstairs
4     and looked outside, how many policemen were
5     there already?
6            A      No, I went to the living room to
7     get a better view, I saw my mom open the door
8     to tell them that she had called the police,
9     she didn't know it was them, to stop.  I
10    believe they had went into their car, into
11    Max's car.  Then the cop pulled up, I saw
12    them speak to them, I believe they asked them
13    to step outside of the car and then from
14    there I think everything just kind of
15    escalated very quickly.  That's when we ran
16    outside, my mom and I.
17           Q      What about your father?
18           A      He did not come outside.
19           Q      Was he outside at any time?
20           A      Yes.
21           Q      Let's break that down.  When you
22    and your mother came outside of the house,
23    what did you personally see?
24           A      I saw the cop -- well, can I
25    speak to the statement?
```

```
                          V. Ritter                    49
```

1                          V. Ritter                    49

2          Q      No, actually you should turn that

3     over.

4          A      Okay.  So, I recall vividly at

5     one point the cop having Max -- Max's head

6     facing the cop car, his face was bleeding, I

7     believe his arms were behind him and that was

8     what I recall.

9          Q      When you came out of the house

10    with your mother, what was your sister doing?

11         A      My sister was with another cop

12    and he was trying to kind of just control

13    her, get her to stay still I think long

14    enough to cuff her.  My mom was with my

15    sister and I was with Max.

16         Q      When you say your mom was with

17    your sister, what was your mother doing with

18    your sister?

19         A      Trying to get her to be quiet and

20    stop moving.

21         Q      Did your mother physically touch

22    Tatiana?

23         A      Yes.

24         Q      She grabbed her by using her

25    hands to try to calm her down?

V. Ritter                               50

2    A    Yeah, she tried to like put her

3    arms on her side and then at a point my mom

4    was straddling her on the street to try to

5    get her to calm down.

6    Q    Tatiana eventually came down to

7    the ground?

8    A    Yes.

9    Q    So, your mother was straddling

10   Tatiana, and what was the policeman who was

11   involved with Tatiana at that time, what was

12   he doing?

13   A    Trying to cuff her I believe.

14   Q    How did that work if your mother

15   was --

16   A    They were both trying to

17   constrain her.

18   Q    At the same time?

19   A    Yeah.

20   Q    What was Tatiana saying, if you

21   can recall, whatever she was saying?

22   A    He's hurting me, get off of me,

23   various.

24   Q    Was she yelling at your mother?

25   A    No.

```
1                          V. Ritter                    51

2              Q      She was yelling at the policeman?

3              A      Yes.  Or yelling to my mother

4       he's hurting me, get him away from me, things

5       like that.

6              Q      Did there come a time when you

7       saw Mr. Sherman come over to where your

8       sister and mother were?

9              A      No.  When I came outside Max was

10      already restricted with his hands and I just

11      remember the cop on him and I was on the cop

12      trying to get him to stop.

13             Q      What do you mean when you say you

14      were on the cop?

15             A      So, I remember running out,

16      Max was bleeding, the cop had him on the car.

17      So, I was on the cop's back just trying to

18      get him to stop, Max -- there was nothing

19      Max could do at that point, he was already

20      bleeding.  I believe his hands were cuffed,

21      so I was just trying to get the cop to stop.

22             Q      What was the cop doing that you

23      were trying to get him to stop?

24             A      So, if I'm the cop, I have -- on

25      the cop on top of Max with Max's head and
```

```
 1                    V. Ritter                52
 2    then I'm on top of the cop just kind of
 3    patting him, not patting him but, you know,
 4    just trying to get him to stop.
 5         Q      When Max was facedown on the hood
 6    of the car and the officer was on top of Max,
 7    was the officer doing anything besides just
 8    being on top of Max?
 9         A      I don't -- I can't recall.
10         Q      Did you see the officer strike
11    Max at any time?  You have to say what you
12    saw.
13         A      Well --
14         Q      Don't infer, if I said tell me
15    what you're seeing right now.  Did you
16    actually see any officer --
17         A      This is so long ago.
18         Q      I know.  But did you ever
19    actually see any officer strike Max?
20         A      Yes.
21         Q      When did you see that?
22         A      I think earlier when -- early
23    like -- earlier in the events of the night
24    because Max was bleeding.
25         Q      But you didn't see how he became
```

```
1                        V. Ritter                    53
2    to be bleeding?
3         A     Well, he was hit with the baton.
4         Q     Did you see him being hit with
5    the baton?
6         A     I believe so.
7         Q     Well, you just said that you came
8    out and your mother came out, she went to
9    Tatiana, you went out and as far as I can
10   tell from what you recall, you ended up on
11   the back of the cop who was with Max, and you
12   saw Max was bleeding?
13        A     Yes.
14        Q     Did you ever see any officer
15   strike Max with a baton?
16        A     I'm having difficulty answering
17   because of memory.
18        Q     Well, just answer to the best of
19   your memory.  As it plays in your mind, did
20   you actually see an officer take his baton
21   and pop Max on the head?
22        A     I think so.
23        Q     But you're not sure?
24        A     No.
25        Q     Was Max saying anything while the
```

```
 1                      V. Ritter                    54
 2   officer was on top of him?
 3        A      He said why is my head bleeding,
 4   why is my head bleeding.  He just kept on
 5   repeating that.
 6        Q      Did there come a time when your
 7   father came out of the house?
 8        A      Yes.
 9        Q      At what point did he come out of
10   the house, where was Max, where was Tatiana?
11        A      Max was on the curb, he was sat
12   on the curb, he was handcuffed, still yelling
13   my head is bleeding, why is my head bleeding.
14             My sister -- my mom and I were
15   then near my sister.  The cop was trying to
16   cuff her again, she was erect at this point.
17             My dad then came out, he was
18   trying to forcibly put her hands on her
19   sides, sort of to assist the cop in the event
20   of handcuffing her.  And then I believe at
21   that moment or shortly before all the other
22   cops arrived and then once they saw my dad
23   trying to like get her to like stop flailing,
24   they ripped my dad to the floor.  He had cuts
25   on his knees and elbows, they took him to the
```

```
1                        V. Ritter                    55
2      grassy area and then cuffed him and put him
3      into the car.
4            Q     When you were on the back of the
5      officer what, if anything, did the officer do
6      in relation to you?
7            A     I don't think he felt me.  I
8      really don't.  I think he was distracted.
9            Q     At that time what was your height
10     and weight?
11           A     Five-two and 115.
12           Q     At some point you were on the
13     back of the officer, how did Max get to the
14     curb?
15           A     I think that the officer must
16     have been putting him down to cuff him easily
17     and then they sat him down on the curb.
18           Q     Did there come a time when Ana
19     was placed under arrest?
20           A     No, but the cop did take her
21     phone forcibly out of her hand, another cop.
22           Q     Not one of the first two cops?
23           A     No.
24           Q     Now, did you see Tatiana being
25     driven away?
```

```
1                        V. Ritter                    56

2          A     Yes.  Still yelling.

3          Q     When was the next time that you

4     saw Tatianá?

5          A     I guess the next morning at some

6     point, I don't recall picking her up but that

7     next day.

8          Q     Where did you see her, at home?

9          A     Yeah.

10         Q     Did you have any discussion with

11    her?

12         A     No.

13         Q     Did you say anything about why

14    did you do that last night?

15         A     No.

16         Q     Did your parents, did your mother

17    say anything to Tatiana about what happened

18    last night?

19         A     Yes, my sister called the house

20    when she was under arrest at like 6:00 a.m.

21    flipping out on my mom.

22         Q     You mean being angry at your

23    mother?

24         A     Yes.  Angry at my mother, blaming

25    her for what occurred because she called the
```

```
 1                      V. Ritter                57
 2      cops and she didn't know it was my sister
 3      because my parents' window -- my mother could
 4      not see who it was in the front of the house,
 5      we didn't think my sister was coming home
 6      that night, she didn't know it was my sister.
 7      She called the cops because there was another
 8      incident not related to us that she felt she
 9      should call the cops for.  Then she exited
10      the bedroom and she woke my dad up, my dad
11      knew it was my sister, so it was too late at
12      that point.
13           Q    In the course of the several
14      months that you said Maksim was seeing
15      Tatiana, were there times that Tatiana did
16      not come home at night to East Meadow?
17           A    Sure.  Well, she works very late,
18      so I guess she did come home but very early
19      hours in the morning after bartending.
20           Q    Did she drive or take the train
21      into the City?
22           A    Drive.
23           Q    Well, there was a bar --
24           A    Sometimes in the City.  She
25      usually drove.
```

```
1                      V. Ritter                    58
2            Q      Prior to April 1st, 2nd, 2015,
3      aside from the time that Tatiana brought
4      Max over to meet your parents, had there been
5      other times that Max was in the house with
6      your sister?
7            A      I believe so.
8            Q      How did your sister behave at
9      those times?
10           A      Normal.
11           Q      Did you know if your father spoke
12     to Tatiana after she came home from jail?
13           A      Yes.
14           Q      Do you know what he said?
15           A      Well, they were arraigned, they
16     were in the holding cell together when they
17     were both arrested and he had to be taken
18     away from her because she still wasn't
19     stopping, so I'm sure they spoke then also,
20     but my parents are very nice parents.
21           Q      Did you go to the jail yourself?
22           A      I went for my dad.
23           Q      Which precinct was this, do you
24     know?
25           A      I can't say for certain, it was
```

```
 1                        V. Ritter                 59
 2    in Long Island.
 3            Q     You drove to the precinct?
 4            A     Yeah.
 5            Q     By yourself?
 6            A     With my mom.
 7            Q     What did you do when you got to
 8    the precinct?
 9            A     We asked about my father, we
10    asked about my mom's phone that was taken
11    from her, we waited there.  I believe we left
12    because we were given a time to come back
13    later to come pick him up and I'm not sure
14    about the details with my sister's
15    arraignment.
16            Q     Did you see your sister in a
17    holding cell?
18            A     No.
19            Q     Did you see your father in a
20    holding cell?
21            A     No.
22            Q     So, how did you know they had to
23    be separated?
24            A     My dad told us.
25            Q     Did he tell you at one point they
```

```
 1                    V. Ritter                    60
 2   were in a cell together?
 3          A     Yes.
 4          Q     And then Tatiana was yelling so
 5   much that --
 6          A     She was still going on that he --
 7   I don't know if he asked to be separated
 8   because it was just too much, but they had to
 9   be -- she just needed to be alone I guess.
10          Q     You say you're not sure, you
11   think you saw one of the officers strike Max
12   with a baton?
13          A     Yes.
14          Q     Do you know what color the baton
15   was?
16          A     Black.
17          Q     Is that a question or?
18          A     I don't know for sure but I
19   believe it was black.  I mean, it was also
20   late at night, so I can't answer with
21   certainty.
22          Q     To the best of your recollection,
23   if you recall the officer striking Max in the
24   head, how many times did you see him strike
25   Max in the head?
```

V. Ritter                                    61

```
 1          A      That I don't know.  Once or
 2   twice.
 3          Q      When you heard your sister
 4   screaming, was she cursing, using curse
 5   words?
 6          A      It's possible.
 7          Q      Do you remember specifically?
 8          A      No.
 9          Q      Did you ever see Tatiana punch
10   one of the officers in the face?
11          A      No.
12          Q      If you look at Plaintiff's
13   Exhibit 2, the last paragraph, I'll read it
14   into the record again.  "This statement is
15   true to the best of my knowledge and belief,
16   I would like to repeat the following:  Max
17   Sherman never hit the police officers, never
18   pushed the police officers and did not flail
19   his arms and did not resist arrest."
20               Are those your words?
21          A      Yes, and they are a hundred
22   percent true.
23          Q      When Tatiana was screaming at
24   Max, was he screaming back at her, did you
```


V. Ritter                                    61

```
 1          A      That I don't know.  Once or
 2   twice.
 3          Q      When you heard your sister
 4   screaming, was she cursing, using curse
 5   words?
 6          A      It's possible.
 7          Q      Do you remember specifically?
 8          A      No.
 9          Q      Did you ever see Tatiana punch
10   one of the officers in the face?
11          A      No.
12          Q      If you look at Plaintiff's
13   Exhibit 2, the last paragraph, I'll read it
14   into the record again.  "This statement is
15   true to the best of my knowledge and belief,
16   I would like to repeat the following:  Max
17   Sherman never hit the police officers, never
18   pushed the police officers and did not flail
19   his arms and did not resist arrest."
20               Are those your words?
21          A      Yes, and they are a hundred
22   percent true.
23          Q      When Tatiana was screaming at
24   Max, was he screaming back at her, did you
```

```
1                         V. Ritter                    62
2      hear that?
3           A     My sister's screams are what woke
4      me up, I'm sure -- I believe they were
5      arguing with one another.
6           Q     Did you hear Max scream at the
7      officers?
8           A     I heard him say you're hurting
9      her, you're hurting her, stop hurting her,
10     yeah.
11          Q     Did you see Max go to the officer
12     that was dealing with Tatiana?
13          A     No.
14          Q     Do you know what happened to the
15     criminal charges against Tatiana?
16          A     I do not.
17          Q     To the best of your knowledge,
18     did Tatiana ever see Max again after
19     April 1st?
20          A     Never again, never spoke again.
21          Q     Did you ever speak to Max again?
22          A     Never.  I never really spoke to
23     him before either.
24                MR. REISSMAN:  I have no
25                further questions.
```

```
 1                      V. Ritter                63
 2              Philip, do you have anything
 3          to add?
 4              MR. AIELLO:  Just a couple
 5          of quick follow-ups and we will
 6          get you out of here.
 7   FURTHER EXAMINATION
 8   BY MR. AIELLO:
 9      Q     At any point did you see Maksim
10   Sherman jumping on the officer's back that
11   was dealing with your sister?
12      A     No.
13      Q     When you indicated that you came
14   up behind the officer that had Maksim Sherman
15   facedown on the car, was Maksim doing
16   anything at that point, was he resisting, was
17   he flailing?
18      A     He was yelling.
19      Q     Other than yelling, was he doing
20   anything with his body?
21      A     No, he was totally restrained.
22      Q     The statement that you gave that
23   we have been looking at, that we've marked as
24   Plaintiff's Exhibit 2 --
25      A     Yes.
```

```
1                         V. Ritter              64

2         Q      -- would there be any reason for

3   you to have given a statement at that time

4   that was not accurate?

5         A      No.

6                     MR. REISSMAN:  I will ask

7                the reporter to mark this

8                Defendant's Exhibit A.

9                     (Copy of statement was

10               marked as Defendant's Exhibit A,

11               for identification, as of this

12               date.)

13  FURTHER EXAMINATION

14  BY MR. REISSMAN:

15        Q      I'd like to show you what's been

16  marked as Defendant's Exhibit A which is an

17  arrest report, you don't have to read the

18  whole thing, just take a look.  It's two

19  pages.

20        A      This is my sister's arrest?

21        Q      Yes, this is your sister's

22  arrest, that's the basic arrest information

23  on the first page and then second page is a

24  narrative, which is called the additional

25  arrest information.
```

```
1                         V. Ritter                    65

2                 If you can read that to yourself,

3      tell me when you're done reading?

4            A      That's such a lie.

5            Q      Keep reading.

6            A      I'm done.

7            Q      Okay.  Now, you were reading that

8      and I observed you make some facial

9      expressions and frowning and couldn't contain

10     yourself and said that's such a lie?  So,

11     tell me --

12           A      Sorry, I don't have a good poker

13     face.

14           Q      We can go line by line, tell me

15     what you belive is true and accurate or what

16     is inaccurate?

17           A      Okay.  I did not see my sister

18     punch anyone in the face.  I don't know, I

19     don't know.  I did not see Max --

20           Q      Well, let me stop you there.  In

21     the top third, "Subject Ritter reentered the

22     parked vehicle and sat in the passenger seat

23     refusing to identify herself to officers at

24     scene.  Subject Ritter then exited the

25     vehicle, began screaming obscenities at the
```

```
1                    V. Ritter                    66

2    officers and refusing to calm down and get

3    out of the street.  At that time Subject

4    Ritter was informed that she was under arrest

5    for disorderly conduct.  When Officer

6    Acquilino attempted to handcuff Subject

7    Ritter she punched him in the face and

8    flailed her arms to make handcuffing

9    difficult."

10             At any time did you see Tatiana

11   punch an officer in the face?

12        A     I did not see that.

13        Q     Now, the next sentence, I'm going

14   to read that to you.  "At this point Subject

15   Sherman ran around the vehicle and pushed

16   Officer Acquilino in an attempt to impede the

17   handcuffing of Subject Ritter."

18             Did you see Mr. Sherman run

19   around the vehicle and push Officer

20   Acquilino?

21        A     I did not.

22        Q     Next sentence, I'll start that

23   sentence again.  "To impede the handcuffing

24   of Subject Ritter, Officer McGarrigle was

25   able to separate Subject Sherman from Officer
```

```
 1                        V. Ritter                    67

 2       Acquilino but Subject Sherman became more

 3       combative jumping on Officer McGarrigle's

 4       back screaming get off her."  Did you see

 5       that?

 6            A     No, if anyone was on his back it

 7       was me.

 8            Q     Next sentence, "Officer

 9       McGarrigle informed Subject Sherman he was

10       under arrest and he began to continue

11       screaming and flailing his arms refusing to

12       be handcuffed."

13                 Did you see Mr. Sherman do that?

14            A     I did not.

15            Q     Let's see, I'm continuing.  "At

16       this point in time Subject Ritter's father,

17       Gerald Ritter, exited his home at 1894

18       Stuyvesant and ran towards Officer Acquilino

19       who was still struggling with Subject Tatiana

20       Ritter who was violently physically resisting

21       arrest."

22                 At any time that evening, did you

23       see Tatiana violently physically resisting

24       arrest?

25            A     Yes.
```

V. Ritter                           68

1      Q    What was she doing?

2      A    Flailing I guess, she was on the

3  floor a couple points -- at different points

4  in the night.  But this was -- I feel like

5  there's so much in between here that happened

6  before my dad came out and he doesn't run, so

7  there was no running.  But my sister was

8  definitely struggling with arrest and my mom

9  was trying to help them help her and then my

10 dad came out when he saw that.

11     Q    Now, just a couple minutes ago

12 you were reading this and frowning and said

13 that's such a lie, what were you referring

14 to?

15     A    When they said that the phone was

16 secured voluntarily at the scene, that is an

17 outright outrageous lie.  They were --

18 physically ripped it out of her hand.

19     Q    Out of your mother's hand?

20     A    Yes.  That's completely legal to

21 record any activity, which was never returned

22 to her to this day.

23     Q    Did you see either of the

24 officers bleeding?

```
1                         V. Ritter                    69

2          A      No.

3                        MR. REISSMAN:  No further

4          questions, thank you.

5                        MR. AIELLO:  I have no

6          further questions, thank you for

7          showing up.

8                        THE WITNESS:  Thank you.

9                        -oOo-

10                       (Whereupon, the deposition

11         of VERONICA RITTER was concluded

12         at 12:05 p.m.)

13

14                              V.Ritt

15                              VERONICA RITTER

16

17

18         Subscribed and sworn to
           before me this   6th day
19         of   January      , 2017 2018

20
21         NOTARY PUBLIC

22
23                   ILONA A. SAYAN
           NOTARY PUBLIC-STATE OF NEW YORK
24                 No. 01SA6112412
              Qualified in Nassau County
           My Commission Expires August 16, 2020
25
```

LEX REPORTING SERVICE
800-608-6085

## CORRECTION SHEET

STATE OF NEW YORK      )
                            ) SS.:
COUNTY OF _Nassau_    )

Veronica Ritter, being duly sworn, deposes and says:

That she has read the transcript and makes the following corrections:

| Page | Line | Correction | Reason |
|------|------|-----------|--------|
|      |      | no corrections |    |

Sworn to before me this

_6_ day of ~~December, 2017~~
January, 2018

_____
Notary Public

_V. Ritter_____
Veronica Ritter

LINDA A. SAYAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SA6112412
Qualified in Nassau County
Commission Expires August 15, 2020

70

## I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| VERONICA RITTER | Mr. Aiello | 4, 63 |
| | Mr. Reissman | 31, 64 |

### EXHIBITS

| PLAINTIFF'S | DESCRIPTION | PAGE |
|---|---|---|
| 1-2 | Documents | 4 |

| DEFENDANT'S | | PAGE |
|---|---|---|
| A | Statement | 64 |

71

C E R T I F I C A T E

    I, Jennifer M. Juliani, a reporter
and Notary Public within and for the
State of New York, do hereby certify:

    That the witness(es) whose
testimony is hereinbefore set forth was
duly sworn by me, and the foregoing
transcript is a true record of the
testimony given by such witness(es).

    I further certify that I am not
related to any of the parties to this
action by blood or marriage, and that I
am in no way interested in the outcome
of this matter.

_____
JENNIFER M. JULIANI

1                                                              72

2                          ERRATA SHEET

3

4        The following are my corrections to the

5        attached transcript:

6

7        PAGE     LINE     SHOULD READ

8        _____  *  _____    _____

9        _____  *  _____    _____

10       _____  *  _____    _____

11       _____  *  _____    _____

12       _____  *  _____    _____

13       _____  *  _____    _____

14       _____  *  _____    _____

15       _____  *  _____    _____

16       _____  *  _____    _____

17       _____  *  _____    _____

18       _____  *  _____    _____

19       _____  *  _____    _____

20       _____  *  _____    _____

21       _____  *  _____    _____

22       _____  *  _____    _____

23       _____  *  _____    _____

24       _____  *  _____    _____

25

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - x

MAKSIM SHERMAN,

                Plaintiff,

    -against-

COUNTY OF NASSAU AND POLICE OFFICER DAVID J.
MCGARRIGLE,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - x

           48 Wall Street
           New York, New York

           August 11, 2017
           10:54 a.m.

      DEPOSITION of VERONICA RITTER, a

Non-party witness in the above-entitled action,

held at the above time and place, pursuant to

Subpoena, taken before Jennifer M. Juliani, a

shorthand reporter and Notary Public within and

for the State of New York.

LEX#127444

**LEX**
REPORTING SERVICE, INC.
PROFESSIONAL REPORTING SINCE 1980
TOLL FREE 800.608.6085

---

**Page 2**

2  A p p e a r a n c e s :

4  McMANUS ATESHOGLOU ADAMS
5  AIELLO & APOSTOLAKOS, PLLC
      Attorneys for Plaintiff
6     48 Wall Street
      New York, New York 10005
7  BY:  PHILIP V. AIELLO, ESQ.
      FILE#:  OTH-8330

9  NASSAU COUNTY OFFICE OF
10  THE COUNTY ATTORNEY
      Attorneys for Defendants
      One West Street
11     Mineola, New York 11501
12  BY:  RALPH J. REISSMAN, ESQ.

---

**Page 3**

2             S T I P U L A T I O N S

4      IT IS HEREBY STIPULATED AND AGREED
5  by and between the attorneys for the respective
6  parties herein, that filing, sealing and
7  certification be and the Same are hereby
8  waived.
9      IT IS FURTHER STIPULATED AND AGREED
10  that all objections, except as to the form of
11  the question shall be reserved to the time of
12  the trial.
13      IT IS FURTHER STIPULATED AND AGREED
14  that the within deposition may be signed and
15  sworn to before any officer authorized to
16  administer an oath, with the same force and
17  effect as if signed and sworn to before the
18  Court and that a copy of this examination shall
19  be furnished without charge to the attorney
20  representing the witness testifying herein.

---

**Page 4**

2  VERONICA RITTER, the witness
3      herein, having been first duly sworn by
4      a Notary Public of the State of New
5      York, was examined and testified as
6      follows:
7  EXAMINATION BY
8  MR. AIELLO:
9      Q    State your name for the record,
10  please.
11      A    Veronica Ritter, V-E-R-O-N-I-C-A,
12  R-I-T-T-E-R.
13      Q    State your address for the
14  record, please.
15      A    233 East 96th Street, Apartment
16  1-RE, New York, New York 10128.
17          MR. AIELLO: Can you mark
18      these.
19          (Documents were marked as
20      Plaintiff's Exhibits 1 and 2 for
21      identification, as of this date.)
22          MR. REISSMAN: Deputy County
23      Attorney Ralph Reissman, I'll be
24      ordering a copy of this
25      transcript to be sent to the

V. Ritter

5

2      address I gave on the business
3      card. I'll also be sending you a
4      County form to fill out, a
5      voucher and an invoice form.
6      When you send me the transcript
7      I'll send you the form that you
8      need to fill out and you will get
9      paid. Thank you.
10 **Q**   Good morning, Ms. Ritter.
11 **A**   **Good morning.**
12 **Q**   My name is Philip Aiello and I
13 represent the plaintiff, Maksim Sherman, in
14 connection with an incident that occurred on
15 April 2, 2015.
16      I'm going to be asking you some
17 questions. I just ask that you wait until I
18 finish my question before you respond and all
19 your responses are verbal because the
20 reporter has to be able to take down what you
21 say, she can't take down a shrug or a nod of
22 the head.
23 **A**   **Okay.**
24 **Q**   Okay?
25 **A**   **Yep.**

LEX REPORTING SERVICE
800-608-6085

V. Ritter

6

2 **Q**   If you don't understand any of my
3 questions, please tell me, I will be glad to
4 repeat it or rephrase it for you so you
5 understand so that you can give an answer.
6      If you'd like to take a break at
7 any time, just tell us, you know, we're not
8 in court, you can take a break if you need to
9 use the ladies' room or want some water or
10 anything like that. I just ask that you
11 don't request a break while a question is
12 pending, okay?
13 **A**   **Yeah.**
14 **Q**   And again, we're just looking to
15 find out what you recall, we don't want you
16 to guess or assume anything, if you could
17 just answer what you have knowledge of, okay?
18 **A**   **Yes.**
19 **Q**   Again, just so you know, you're
20 here via a response to a subpoena so you're
21 not represented.
22      I'm just going to show you what
23 we marked today as Plaintiff's Exhibit 1. If
24 you could tell me if that's the subpoena that
25 was served on you?

LEX REPORTING SERVICE
800-608-6085

V. Ritter

7

2 **A**   **It wasn't served on me, it was**
3 **served on my mom.**
4 **Q**   But at your mom's home?
5 **A**   **Yes.**
6 **Q**   You're here as a result of that?
7 **A**   **Yes.**
8 **Q**   Ms. Ritter, the residence that
9 you just put on the record, how long have you
10 lived there?
11 **A**   **Two years.**
12 **Q**   Do you live there alone?
13 **A**   **No, with my fiance.**
14 **Q**   How long have you been engaged?
15 **A**   **Four months.**
16 **Q**   Congratulations.
17 **A**   **Thank you.**
18 **Q**   Was your fiance your boyfriend
19 back in April of 2015?
20 **A**   **Yes.**
21 **Q**   What's his name?
22 **A**   **Ian Rifkin. I-A-N R-I-F-K-I-N.**
23 **Q**   I just want to go back to April
24 of 2015. Where were you living at that time?
25 **A**   **1894 Stuyvesant Avenue where the**

LEX REPORTING SERVICE
800-608-6085

V. Ritter

8

2 incident occurred, outside of --
3 **Q**   Is that East Meadow, New York?
4 **A**   **Yes.**
5 **Q**   11554?
6 **A**   **Correct.**
7 **Q**   Is that your family home?
8 **A**   **Yeah.**
9 **Q**   Who was living there with you at
10 that time back in 2015?
11 **A**   **At that time it was my parents,**
12 **Anna and Gerald, my sister Tatiana and my**
13 **brother Jack.**
14 **Q**   And all have the same last name?
15 **A**   **Yes.**
16 **Q**   Do you recall an incident
17 occurring back on April 2, 2015 outside of
18 that address?
19 **A**   **I do.**
20 **Q**   Do you remember about what time
21 it was when it occurred?
22 **A**   **I want to say I woke up maybe**
23 **around 1:00 a.m.**
24 **Q**   Who else was in the house at that
25 time with you?

LEX REPORTING SERVICE
800-608-6085

V. Ritter

9

2      A      My mom, my dad, my -- I want to
3 say my brother because he was -- actually,
4 no, he was away at school, so my mom and my
5 dad.
6      Q      At approximately 1:00 in the
7 morning you indicated you awoke, what caused
8 you to awake?
9      A      I heard loud screams outside the
10 window.
11      Q      When you say outside the window,
12 did the home have a driveway?
13      A      Yes.  My bedroom window looks out
14 over the driveway.
15      Q      Does the driveway then lead out
16 to the street?
17      A      Yes.
18      Q      What street is that there?
19      A      Stuyvesant Avenue, intersecting
20 with York which is where -- where it really
21 technically was, York and Stuyvesant.
22      Q      Did you look out the window or
23 what did you do when you heard the sounds?
24      A      I looked out the window.
25      Q      Tell me what you saw initially,

LEX REPORTING SERVICE
800-608-6085

V. Ritter

10

2 we will go through step by step.
3      A      I believe I saw a car, that was
4 it, I didn't see like people.  Then I went to
5 the living room window, which is much wider
6 and I saw my sister and Max.  My mom was
7 waiting inside at the window.
8      Q      At that point did you come to
9 realize if that was Max's car?
10      A      I was not really familiar with
11 his car at that point but I knew it was them
12 two and his car, yeah.
13      Q      Had Max and your sister been
14 dating for awhile at that point?
15      A      I'm not sure how long but at
16 least a month or two.
17      Q      Okay.  Had you met Maksim Sherman
18 before that evening?
19      A      Yeah, I think once or twice.
20      Q      At that point what happened, did
21 you continue to observe them?
22      A      Yes, we were observing them.  My
23 mom had told me that she had called the cops,
24 unbeknownst to her she didn't realize it was
25 my sister.  We were trying to get them to

LEX REPORTING SERVICE
800-608-6085

V. Ritter

11

2 come inside.  My sister and Max weren't
3 listening.  Then at that point the police
4 pulled up, they began talking to both my
5 sister and Max.  My sister was just totally
6 incoherent.
7      Q      If you don't mind, let me kind of
8 break it down because we're trying to get to
9 all of that.
10      A      Okay.
11      Q      Do you know about how long it
12 took for the police to arrive?
13      A      A few minutes.
14      Q      And initially was it one cop car
15 that arrived?
16      A      Yes.
17      Q      Do you remember how many police
18 officers were in that car, if it was one or
19 two?
20      A      I believe two.
21      Q      Could you tell me where Max's car
22 was parked in relation to your house?
23      A      I can't say for certain exactly
24 where, it was either right in front or on the
25 corner across the street.

LEX REPORTING SERVICE
800-608-6085

V. Ritter

12

2      Q      When the first cop car came, do
3 you know where in relation to Max's car that
4 car parked?
5      A      I want to say it was -- I
6 remember the cop car was at the corner
7 because Max was held up against it.  I don't
8 really know where Max's car was in relation
9 to the cop car.
10      Q      When the first cop car got there,
11 were you already outside?
12      A      No.
13      Q      Still inside?
14      A      We were still inside.
15      Q      Did you come out of your home
16 when the cops arrived or sometime after that?
17      A      A few minutes after that.
18      Q      When the cops arrived, did you
19 observe what was going on?
20      A      Yes.
21      Q      What did you see happening at
22 that point?
23      A      My mom and I were just waiting to
24 see what the situation would be like, if they
25 were able to stop it.  Then I think that

LEX REPORTING SERVICE
800-608-6085

V. Ritter

13

2   they -- maybe my sister did something and
3   then we ran outside.
4        Q        When you say, if they could stop
5   it --
6        A        Like if they could get them to
7   come back in or --
8        Q        What was going on, was it an
9   argument at that point?
10       A        Yeah, they were just still
11  fighting, yelling, and that wasn't stopping.
12       Q        Could you hear what they were
13  arguing about?
14       A        No, not -- no.
15       Q        Was there any physical
16  interaction or was it just verbal?
17       A        With my sister and Max?
18       Q        Yes.
19       A        Just verbal.
20       Q        After the first cop car got there
21  and the two cops got out, were you able to
22  hear any of the interaction between the cops
23  and either your sister or Max?
24       A        No, but it quickly escalated and
26  the cops had Max and then we were just -- we

LEX REPORTING SERVICE
800-608-6085

V. Ritter

14

2   kind of -- my mom and I kind of split and I
3   was with Max and my mom was with my sister.
4        Q        I'm going to take it kind of step
5   by step.
6             From the time you exited the
7   house initially, okay, what was going on when
8   you first got out of the house?
9        A        The cop -- I believe the cops
10  were restraining each of them.  Like they
11  were putting up -- they were -- I don't know,
12  they were physically involved, like each cop
13  with each party.
14       Q        Was one officer speaking with or
15  dealing with your sister and another one
16  talking to Max?
17       A        Correct.  Yes.
18       Q        When you came out of the house,
19  did you overhear any of the conversations
20  that either of those individuals were having
21  with the police?
22       A        Not really.  My sister was saying
23  he's hurting me.
24       Q        Who was hurting her?
25       A        The cop.

LEX REPORTING SERVICE
800-608-6085

V. Ritter

15

2        Q        Can you describe that officer
3   that was interacting with your sister?
4        A        Physically?
5        Q        White, black, tall, short?
6        A        I really don't know.
7        Q        And there was another officer
8   dealing with Maksim?
9        A        Yes.
10       Q        Could you describe that officer?
11       A        He was a bit taller, a little bit
12  heavier set.  I want to say he was, not
13  balding, but not much hair on top of his
14  head.  I'm not a hundred percent sure but I
15  believe so.
16       Q        He was white?
17       A        Yes, white.
18       Q        They both had uniforms on?
19       A        Yes.
20       Q        The first physical intersection
21  that you actually observed, was that between
22  the officer and your sister, the officer and
23  Max or something else?
24       A        The officer and Max.
25       Q        What was the initial interaction

LEX REPORTING SERVICE
800-608-6085

V. Ritter

16

2   physically you saw between them?
3        A        He was putting Max against the
4   hood of the car.
5        Q        When you say he?
6        A        The cop was putting Max against
7   the hood of the car, like his head.
8        Q        Just prior to that, how were they
9   interacting?  In other words, was there
10  yelling, was somebody telling someone to do
11  something, do you recall what led to that?
12       A        There was yelling the whole time,
13  my sister really never stopped yelling.
14       Q        Your sister?
15       A        Yes.
16       Q        What about Max?
17       A        I think he was yelling at the cop
18  when he was very forceful and --
19       Q        When he was forceful with who?
20       A        With Max.  Like Max was
21  restrained and the cop was --
22       Q        Do you have any idea why the cop
23  restrained Max?
24       A        No.
25       Q        Did you --

LEX REPORTING SERVICE
800-608-6085

V. Ritter

17

2    **A**   Oh, yes.

3    **Q**   Okay.

4    **A**   I believe the cop -- Max was kind of trying to defend my sister because he felt that the other cop was hurting her because she kept saying that, so I think maybe Max said something or was going over there and then the other cop came and took him.

10   **Q**   What was the other cop doing to your sister that led Max to say what he did?

12   **A**   He was probably trying to handcuff her, I don't know for sure.

14   **Q**   Did you see if he was actually physically handling your sister, the cop was handling your sister at that point?

17   **A**   Yes.

18   **Q**   Was he?

19   **A**   Yes.

20   **Q**   Do you remember what he was doing?

22   **A**   I don't really remember the order of events but I remember at one point my sister was -- he was like -- she was on the floor with him over her.

LEX REPORTING SERVICE
800-608-6085

---

V. Ritter

18

2    **Q**   Him being the cop?

3    **A**   Yes, the cop was on the -- like holding her down. I mean, she's five-two but.

6    **Q**   At any time before you saw the cop interacting physically with Max, did you see Max touch either of the two cops?

9    **A**   No.

10   **Q**   Did you overhear Max threatening either of the two cops before they became physical with him?

13   **A**   No.

14   **Q**   Do you recall seeing Max do anything that would have been threatening or that you felt would have caused the police to become physical with Max?

18   **A**   No. But I'm not a cop, so.

19   **Q**   I'm just asking what you saw, okay?

21   **A**   Yeah.

22   **Q**   If you saw him raise his hands or, you know, be aggressive with any of the officers before they became physical with Max?

LEX REPORTING SERVICE
800-608-6085

---

V. Ritter

19

2    **A**   I don't think so.

3    **Q**   The first interaction physically you saw between an officer and Max was then putting him on a car you said?

6    **A**   Yeah, like kind of very aggressively putting him against the car, so much so that I was even on the cop's back like trying to get him off and it's kind of a shock that I wasn't arrested that night because they pretty much arrested everyone.

12   **Q**   Which car was he put on?

13   **A**   The police car, I think. I think it was the police -- yeah, because the way it was parked I believe it was the police car.

16   **Q**   How were they putting him on the car, was it face first or on his back?

18   **A**   Face first.

19   **Q**   Where were Max's hands at that time?

21   **A**   Tied behind his back.

22   **Q**   Tied?

23   **A**   Oh, I don't know if they were cuffed or not but I don't think he had access to his hands.

LEX REPORTING SERVICE
800-608-6085

---

1    V. Ritter

20

2    **Q**   Right before that could you describe at all, and I know a lot was going on, but did Max say anything, did he have his hands up, is there anything you can remember right before that?

7    **A**   He was yelling that you're hurting her, and just trying to help my sister, yeah.

10   **Q**   Verbally or physically?

11   **A**   Verbally.

12   **Q**   At some point, did you witness any other physical interaction between the officers and Max?

15   **A**   Just when they put Max against the car. I mean, I know -- I believe he was bleeding already from the face at that point, I'm not sure if that was first or following the car but he was -- he had no control and he was still getting handled.

21   **Q**   Do you recall either of the officers striking him with a baton?

23   **A**   I don't.

24   **Q**   Do you know how his head became injured or bleeding?

LEX REPORTING SERVICE
800-608-6085

V. Ritter

21

2      A    I thought it was from the car but
3 I'm not sure if he was bleeding first or
4 afterwards.
5      Q    What about after the cuffs were
6 on Max, what happened after that?
7      A    I think he was cuffed already
8 when they put him onto the car and then I was
9 just kind of like just trying to get the cop
10 to get off of him and then they sat him on
11 the sidewalk I think, and he was still
12 yelling.
13     Q    Do you recall --
14     A    I think they also smashed his
15 phone.
16     Q    Did you have a cell phone at the
17 time?
18     A    My mom did and they took that.
19     Q    Did anybody record any of this?
20     A    Yeah, they took that.
21     Q    Was that on your mother's cell
22 phone?
23     A    Yes, it was on my mom's cell
24 phone and she still hasn't gotten it back.
25     Q    Who took the phone?

LEX REPORTING SERVICE
800-608-6085

---

V. Ritter

22

2      A    Another cop -- one of the twelve
3 or so cops that arrived at the scene shortly
4 after.
5     Q    The other cops that arrived at
6 the scene, did they arrive before or after
7 Max was handcuffed?
8     A    I think it was after.
9     Q    Do you know where Max was when
10 the other cops arrived?
11     A    I thought he was sitting on the
12 curb.
13     Q    What, if anything, was going on
14 with your sister before the other cops came?
15     A    The cop had her like sprawled out
16 on the driveway, she was -- it was very hard
17 to contain her.  My mom was trying, then my
18 dad came out and he was trying to help the
19 cop get her to just calm down.  Then at that
20 point all the cop -- several other cops came
21 and then they arrest -- then they cuffed my
22 dad, threw him on the floor, he absolutely
23 did nothing and then I think together they
24 were able to cuff her and put her in a car.
25     Q    Was your sister intoxicated at

LEX REPORTING SERVICE
800-608-6085

---

V. Ritter

23

2 the time?
3     A    Yes.
4     Q    Do you know if Max was
5 intoxicated?
6     A    I don't believe so.
7     Q    Do you know how much of what
8 occurred was videotaped by your mom on her
9 phone?
10     A    To be honest, she was
11 concentrating on my sister because that's
12 when the cop was on top of her, so I don't
13 know that Max is even in the video because
14 they were like on separate sides of the
15 street.  Maybe like ten minutes, maybe, that
16 seems generous though.  But they took the
17 phone away pretty quickly.
18     Q    The police?
19     A    Yeah, another cop.
20     Q    I know that there were two cops
21 initially there, one was dealing, you
22 indicated, with your sister and one was
23 dealing with Max.  Did you ever see
24 Max interact physically with the officer that
25 was dealing with your sister?

LEX REPORTING SERVICE
800-608-6085

---

V. Ritter

24

2     A    No.
3     Q    Do you know if he --
4     A    There was really no time to.
5 Like it was very quickly that the other cop
6 had Max -- that's when we really ran out,
7 when we saw both of them being handled, we
8 ran out and I went to Max, she went to my
9 sister and there was no time for Max to go
10 anywhere.
11     Q    I'm going to show you a statement
12 that you, I believe, had given in connection
13 with the underlying criminal case against
14 Maksim Sherman and ask you to just read it
15 over and then I'll just ask you a few
16 questions.
17     A    Okay.
18         MR. REISSMAN:  Can you read
19        back the last two questions and
20        answers, please?
21         (Whereupon, the record was
22        read by the reporter.)
23     Q    Do you recall giving that
24 statement?
25     A    Yeah.

LEX REPORTING SERVICE
800-608-6085

V. Ritter

25

Q   Do you remember where you were when you gave the statement?

A   **In my dining room in the house.**

Q   Do you know who took the statement from you, was it in --

A   **Someone with Max, someone on -- on his team.**

Q   Maybe an investigator?

A   **Yeah, an investigator I believe.**

Q   Does this refresh your recollection at all as to what occurred this evening?

A   **Yep, I mean, I think I'm pretty accurate right now. I don't remember the baton but I know this to be true.**

Q   This statement was given on April 12, 2015, correct?

A   **Yep.**

Q   So, about ten days after this occurred?

A   **Yes.**

Q   Again, I just want to direct you to the point where it says, it's about the middle, "the next thing that happened was

LEX REPORTING SERVICE
800-608-6085

V. Ritter

26

Max got hit over the head with a baton by the other police officer who came from behind Max and hit him at least one time and possibly another time. While Max was being hit over the head, I was standing right behind the police officer who was hitting Max in the head. I was telling the cop to stop hitting Max."

Reading over those few sentences, does that refresh your recollection as to what occurred that evening?

A   **No, I can't say that for sure now, I don't remember that particular instance but I believe this is true.**

Q   Would there be any reason for this not to be an accurate recording of the statement that you gave?

A   **No.**

Q   So, do you believe what's contained in this statement to be accurate as to what occurred that evening?

A   **Yes.**

Q   You just don't remember right now?

LEX REPORTING SERVICE
800-608-6085

V. Ritter

27

A   **Yeah.**

Q   I'm just going to ask you to take a look at the very last sentence on the second page.

MR. AIELLO:  And just for the record, it's a two-page document that we had marked today as Plaintiff's Exhibit 2 that we're looking at.

Q   Where it says, "This statement is true to the best of my knowledge and belief. I would like to repeat the following, Max Sherman never hit the police officers, never pushed the police officers and did not flail his arms and did not resist arrest."

Reading that final paragraph, does that refresh your recollection as to Max Sherman's actions that evening?

A   **Yes, they still are clear in my head.**

Q   So, you do actually recall that Max never hit the officers, never pushed them and did not flail his arms or resist arrest?

A   **Correct.**

LEX REPORTING SERVICE
800-608-6085

V. Ritter

28

Q   Having been a witness to this incident, do you recall any reason why the officers would have used the force they did against Max?  In other words, was there anything you think that would have instigated them to strike him or to treat him in the manner in which they did?

A   **I believe they probably thought he was protecting my sister but nothing that -- he didn't act in a way that required defense.**

Q   Other than the statement that you just read over, do you recall having given any other statements to any other individuals in connection with this incident?

A   **No.**

Q   Did you have to appear in court at all to testify?

A   **No.**

Q   Did you appear in court to testify on behalf of your father?

A   **No, all charges were dropped against him.**

Q   Did anyone from Internal Affairs

LEX REPORTING SERVICE
800-608-6085

V. Ritter

29

2  ever ask you any questions about this
3  incident?
4      A     No, the only time I spoke about
5  it was when my statement was given on April
6  12, 2015.
7      Q     Have you ever spoken to Max after
8  this incident?
9      A     No.
10     Q     Did you ever talk to your sister
11 about this incident after it happened?
12     A     Not really.
13     Q     Did you see how Max left the
14 scene?
15     A     Bloodied in the back of the cop
16 car.
17     Q     When you say bloodied, could you
18 describe --
19     A     I think his face was just covered
20 in blood.
21     Q     Did he make any complaints of
22 pain or was he complaining of pain or
23 anything at the scene?
24     A     Upon reading the statement I
25 recall him sitting at the curb and saying why

LEX REPORTING SERVICE
800-608-6085

V. Ritter

30

2  is my head bleeding.  He was -- he was
3  yelling because the neighbors were yelling at
4  him.
5      Q     What were the neighbors yelling?
6      A     Be quiet.
7      Q     Did EMS ever come to the scene,
8  do you know if an ambulance ever came to the
9  scene?
10     A     I don't believe so, no.  Just
11 more cops.
12     Q     Other than your mother and your
13 father, do you know if your brother witnessed
14 this incident?
15     A     He was away at college at the
16 time.  He came home that weekend for Easter,
17 he wasn't there that night.
18     Q     Do you know if either of your
19 parents ever gave any statements the way you
20 did in connection with this incident?
21     A     I don't believe they did.
22     Q     Have you ever seen any other
23 statements or incident reports in connection
24 with this incident, other than what I just
25 showed you today?

LEX REPORTING SERVICE
800-608-6085

V. Ritter

31

2      A     No.
3      Q     Is there anything you would like
4  to add about what you witnessed that evening,
5  for the record?
6      A     It was all my sister's fault.
7  Hundred percent.  Max is an innocent
8  bystander.
9      Q     All right.  I have no further
10 questions.  Thank you, again, for your time.
11     A     Thank you.
12            MR. REISSMAN:  Now it's my
13     turn.
14            Off the record.
15            (Whereupon, a discussion was
16     held off the record.)
17 EXAMINATION BY
18 MR. REISSMAN:
19     Q     Ms. Ritter, I'm going to ask you
20 some more questions.  I'm going to ask you
21 some more extensive questions.  I'm going to
22 ask you some background about yourself and
23 your family.
24     A     Okay.
25     Q     And we will eventually get to the

LEX REPORTING SERVICE
800-608-6085

V. Ritter

32

2  incident.
3            Could you state your full name
4  for the record?
5      A     Veronica Ritter.
6      Q     Do you have any middle name?
7      A     Veronica Maria Ritter.
8      Q     Have you ever been known by any
9  other name, aliases?
10     A     A nickname, Vero, V-E-R-O.
11     Q     V-E-R-O?
12     A     Yeah.
13     Q     Like the beach.
14            Okay.  As Mr. Aiello mentioned to
15 you, I'll be asking you the questions, please
16 wait for me to finish asking the question so
17 the reporter can get it down, she's typing
18 everything we say, and then respond to the
19 best of your ability verbally.  She can't
20 take down a nod of a head or a grunt or
21 something like that.
22     A     Okay.
23     Q     If you don't understand the
24 question, just ask me, say I don't understand
25 the question, try to rephrase, and I will.

LEX REPORTING SERVICE
800-608-6085

V. Ritter

33

2  **A    Great.**
3  **Q**    If you need a break at any
4  time -- do you want to take a break now?
   **A    I'm okay.  Thank you.**
6  **Q**    Okay, some background typical
7  questions.
8      Are you presently under any
9  medications?
10 **A    No.**
11 **Q**    When was the last time that you
12 drank alcohol?
13 **A    Last -- this past Sunday, last**
14 **Sunday.**
15 **Q**    Is there any reason you cannot
16 give complete and truthful answers to the
17 questions I pose to you?
18 **A    No.**
19 **Q**    Okay, good.
20 **A    Only a lack of memory.**
21 **Q**    Best you can do.
22     Have you ever been in a
23 deposition before?
24 **A    No.**
25 **Q**    Have you ever been a plaintiff in

V. Ritter

34

2  a lawsuit where you sued somebody?
3  **A    No.**
4  **Q**    Have you ever been in a lawsuit
5  where somebody sued you?
6  **A    No.**
7  **Q**    Have you ever been arrested?
8  **A    No.**
9  **Q**    Did you do anything to prepare
10 for today's deposition?
11 **A    No.**
12 **Q**    This statement that Mr. Aiello
13 marked as Plaintiff's Exhibit 2, when was the
14 last time you had actually physically seen
15 this statement?
16 **A    I believe the day after I made it**
17 **because the investigator I think typed it up**
18 **after he wrote it out.**
19 **Q**    You said this investigator came
20 to your house in East Meadow?
21 **A    Yes.**
22 **Q**    Was he with anyone or just
23 himself?
24 **A    Just himself.**
25 **Q**    Did he ask you questions and he

V. Ritter

35

2  recorded your statements or how did he do
3  this?
4  **A    He wrote down the answers, I'm**
5  **not sure if he had a recording device.**
6  **Q**    Then did he come back to you with
7  a statement to review?
8  **A    I believe so.  It may have been**
9  **the next day, it was shortly after that.**
10 **Q**    See on the top of the first page
11 it says, Scott Bookstein, Esquire, do you
12 know who that is?
13 **A    I don't remember the name but**
14 **that may have been him who took the**
15 **statement.**
16 **Q**    When the investigator was taking
17 your statement was he suggesting answers to
18 you?
19 **A    No, he was not.**
20 **Q**    He was the investigator?
21 **A    No, he was not.**
22 **Q**    He was not at the scene?
23 **A    No.**
24 **Q**    What is the date of your birth?
25 **A    ▮▮/▮▮/91.**

V. Ritter

36

2  **Q**    And Tatiana is younger or older
3  than you?
4  **A    Older, ▮▮▮▮▮▮, 1989.**
5  **Q**    What's your brother's name?
6  **A    Jacques, J-A-C-Q-U-E-S.**
7  **Q**    Is he older or younger?
8  **A    Younger, ▮▮/95.**
9  **Q**    He's the youngest?
10 **A    Yes.**
11 **Q**    Where were you born?
12 **A    Queens, New York.**
13 **Q**    Where were you living in April of
14 2015?
15 **A    1894 Stuyvesant Avenue, East**
16 **Meadow, New York.**
17 **Q**    Who else was living with you in
18 that house?
19 **A    My mother and father, my sister**
20 **and brother.  My brother was away at school.**
21 **Q**    Your mother's name is Ana, A-N-A?
22 **A    Yes.**
23 **Q**    Your father's name is Gerald,
24 G-E-R-A-L-D?
25 **A    Correct.**

V. Ritter

37

2 Q In 2015, was your father working?
3 A Yes.
4 Q What was he doing for a living?
5 A He owns a construction company,
6 he is a self-contractor.
7 Q Was your mother working?
8 A Yes. She is a dean of middle
9 school.
10 Q Which middle school?
11 A An academic dean. Turtle Hook
12 Middle School in Uniondale.
13 Q Is she an academic dean?
14 A Yes.
15 Q What does that mean?
16 A Dean of Academics. She handles
17 academic discipline I guess.
18 Q Is she a teacher?
19 A No, she's a dean. She's an
20 administrator.
21 Q That's what I was trying to get
22 at. Okay.
23 Now, in 2015, did Tatiana have a
24 job, was she employed?
25 A Yes.

V. Ritter

38

2 Q What was she doing?
3 A She was an advisor for a beauty
4 school and she was also a bartender.
5 Q So, in April 2015 what was her
6 typical day like, was she in beauty school in
7 the morning and bartending at night?
8 A Yes, some week nightshifts but
9 usually on the weekends were bar -- like
10 Fridays, Saturdays, weekends, bartending and
11 then a normal full-time schedule during the
12 week at the beauty school.
13 Q Where was this beauty school
14 located?
15 A I think that was on Front Street
16 in Uniondale.
17 Q Where was the bar that she worked
18 at located?
19 A I think she was in New York City
20 at the time, at that time. New York City and
21 also in Freeport on the Nautical Mile on Long
22 Island. I think she had more than one gig.
23 Q Growing up how would you
24 characterize your relationship with Tatiana?
25 A We were closer when we were

V. Ritter

39

2 younger. She is just a little bit of a wild
3 card.
4 Q So how would you characterize
5 her, say her behavior in 2015? Was she a
6 party girl, was she studious?
7 A No, she was getting her life
8 together. She was trying to -- she just
9 moved back home after a period of time
10 living -- I'm not sure where she was living,
11 I don't remember. But she just moved back
12 home, just trying to figure out what her next
13 step was. But I wouldn't say she's a party
14 girl, like this -- she has a kidney problem
15 so she can't really handle alcohol like the
16 normal person.
17 Q Even though she had a kidney
18 problem, did she continue to use alcohol?
19 A Yeah.
20 Q When she used alcohol, what
21 happened to her behavior?
22 A Sometimes she would just maybe be
23 a little more aggressive and hotheaded.
24 Q Do you know if she ever had
25 previously been arrested for anything?

V. Ritter

40

2 A I -- she was arrested for
3 shoplifting.
4 Q Was that before or after April
5 2015?
6 A I think it was before.
7 Q Just ask you some questions about
8 yourself and then Tatiana, just trying to get
9 a comparison.
10 Did you attend high school?
11 A Yes.
12 Q Which high school?
13 A East Meadow High School.
14 Q Did you graduate?
15 A Yes.
16 Q What did you do upon graduation?
17 A I went to undergraduate school,
18 college.
19 Q Which one?
20 A University of Buffalo.
21 Q Did you graduate?
22 A Yes, 2012. I graduated a year
23 early.
24 Q Good. What was your field?
25 A English and journalism.

V. Ritter

41

2  **Q**     What did you do upon graduating
3  SUNY Buffalo?
4  **A**     **Moved back home to Long Island**
5  **and started interning in the City.  Trying to**
6  **find jobs.**
7  **Q**     In what kind of field?
8  **A**     **Editorial, copywriting.**
9  **Q**     Publishing, would you call it the
10  publishing business?
11  **A**     **More retail but on the publishing**
12  **side of things.  Marketing.**
13  **Q**     So, what is your current
14  employment?
15  **A**     **Currently I'm at Saks Fifth**
16  **Avenue as a copywriter.**
17  **Q**     Where is that?
18  **A**     **The corporate offices are**
19  **Brookfield Place in Tribeca.**
20  **Q**     What do you do for them?
21  **A**     **I'm a copywriter.**
22  **Q**     You write ads --
23  **A**     **I write E commerce product**
24  **descriptions.  So anything that's sold on the**
25  **website I write the description and the**

LEX REPORTING SERVICE
800-608-6085

---

V. Ritter

42

2  **bullets.**
3          MR. REISSMAN:  Off the
4      record.
5          (Whereupon, a discussion was
6      held off the record.)
7  **Q**     Let's ask about Tatiana.
8      Where does Tatiana live now?
9  **A**     **Miami, Florida.**
10  **Q**     When did she depart East Meadow
11  for Miami?
12  **A**     **Around the end of summer 2015.**
13  **Q**     Why did she go to Miami?
14  **A**     **She needed a fresh start.**
15  **Q**     Did Tatiana graduate high school?
16  **A**     **Yes.**
17  **Q**     East Meadow?
18  **A**     **Yes.**
19  **Q**     What did Tatiana do after
20  graduating high school?
21  **A**     **She attended Baruch College in**
22  **the City, she did not complete her degree.**
23  **And then she completed beauty school and she**
24  **had a couple of different jobs.  Then at the**
25  **time this occurred she was a school advisor**

LEX REPORTING SERVICE
800-608-6085

---

V. Ritter

43

2  **for the beauty school where she attended.**
3  **Q**     Where was that beauty school, you
4  said in New York City?
5  **A**     **No, the beauty school I think was**
6  **in Long Island.**
7  **Q**     Oh, I'm sorry.
8  **A**     **Yeah.**
9  **Q**     She was a teacher?
10  **A**     **She was an advisor.**
11  **Q**     Has Tatiana ever been married?
12  **A**     **No.**
13  **Q**     Now, it sounds a little -- I have
14  to do this lawyer wise.
15      Did you ever meet someone named
16  Maksim Sherman?
17  **A**     **Yes.**
18  **Q**     When was the first time that you
19  met him?
20  **A**     **I really couldn't say.  Sometime**
21  **in the spring of 2015.**
22  **Q**     How did you first meet him?
23  **A**     **I believe at my house where I**
24  **lived at the time, my parents' house.**
25  **Q**     How did Mr. Sherman come to be at

LEX REPORTING SERVICE
800-608-6085

---

V. Ritter

44

2  the house?
3  **A**     **My sister invited him over to**
4  **meet the family.**
5  **Q**     How long had they been seeing
6  each other, Tatiana and Max?
7  **A**     **I don't know that.**
8  **Q**     Was it more than a month?
9  **A**     **I imagine.**
10  **Q**     Two months?
11  **A**     **Yes, probably several months.**
12  **I'm not sure.**
13  **Q**     Now, the day of the incident it
14  was around, I'll suggest, 1:00 in the morning
15  on April 1, 2015, so just going to go into a
16  little more detail from what Mr. Aiello asked
17  you.
18      On the evening of April 1st --
19  **A**     **I think it was April 2nd**
20  **technically.**
21  **Q**     You're right.  So, what were you
22  doing I guess at midnight on April 1st coming
23  into April 2nd?
24  **A**     **I was sleeping.**
25  **Q**     Describe the layout of the house

LEX REPORTING SERVICE
800-608-6085

---

V. Ritter

45

2 in general?
3     A    **It's a split house, so there are**
4 **three bedrooms upstairs, the kitchen, the**
5 **dining, the living room, downstairs there's**
6 **another bedroom, the den and a laundry room**
7 **and another bathroom.**
8     Q    Where was your bedroom?
9     A    **Upstairs overlooking like above**
10 **the driveway and the garage.**
11     Q    Where was your parents' bedroom?
12     A    **Right across from mine.  Their**
13 **window doesn't face to the front yard.**
14     Q    But your window did face the
15 front yard?
16     A    **Yes.**
17     Q    Okay.  This is another lawyer
18 type question.
19         Did anything unusual happen in
20 the evening of April 1st going into April
21 2nd?
22     A    **I was awoken to screaming outside**
23 **of the front house.**
24     Q    Do you know who was screaming?
25     A    **I looked out the window and I**

LEX REPORTING SERVICE
800-608-6085

---

V. Ritter

46

2 detected my sister.
3     Q    You saw your sister Tatiana, and
4 was she with anyone?
5     A    **She was with Max.**
6     Q    When you first saw her, was she
7 standing or in a car?
8     A    **That's a good question.  I**
9 **believe she was standing.**
10     Q    Do you have any recollection of
11 what she was yelling about?
12     A    **No.**
13     Q    Was Mr. Sherman yelling at her or
14 with her?
15     A    **I think they were yelling at each**
16 **other.**
17     Q    Had you ever seen them have this
18 kind of verbal argument before?
19     A    **No.**
20     Q    Do you believe that at that point
21 when you heard your sister yelling that she
22 was drunk?
23     A    **Yes.**
24     Q    Do you have any evidence of that,
25 how do you know she was drunk?

LEX REPORTING SERVICE
800-608-6085

---

V. Ritter

47

2     A    **Prior experience with her.**
3     Q    Did you know whether Mr. Sherman
4 was drunk?
5     A    **No.**
6     Q    Did you know he was drunk or not
7 drunk?
8     A    **I believe he was not drunk, he**
9 **had driven the car.**
10     Q    What was Tatiana's beverage of
11 choice?
12     A    **No idea.**
13     Q    Did there come a time that you
14 walked down the stairs out to the street?
15     A    **Yes.**
16     Q    What about your parents, did
17 there come a time when they walked down to
18 the street?
19     A    **Yes, separately.**
20     Q    What did you see when you walked
21 down to the street?
22     A    **I saw the cops manhandling both**
23 **Max and my sister.**
24     Q    First of all, did there come a
25 time you saw policemen come to the scene?

LEX REPORTING SERVICE
800-608-6085

---

V. Ritter

48

2     A    **Yes.**
3     Q    At the time you walked downstairs
4 and looked outside, how many policemen were
5 there already?
6     A    **No, I went to the living room to**
7 **get a better view, I saw my mom open the door**
8 **to tell them that she had called the police,**
9 **she didn't know it was them, to stop.  I**
10 **believe they had went into their car, into**
11 **Max's car.  Then the cop pulled up, I saw**
12 **them speak to them, I believe they asked them**
13 **to step outside of the car and then from**
14 **there I think everything just kind of**
15 **escalated very quickly.  That's when we ran**
16 **outside, my mom and I.**
17     Q    What about your father?
18     A    **He did not come outside.**
19     Q    Was he outside at any time?
20     A    **Yes.**
21     Q    Let's break that down.  When you
22 and your mother came outside of the house,
23 what did you personally see?
24     A    **I saw the cop -- well, can I**
25 **speak to the statement?**

LEX REPORTING SERVICE
800-608-6085

V. Ritter

49

2  Q  No, actually you should turn that
3  over.
    A  Okay.  So, I recall vividly at
5  one point the cop having Max -- Max's head
6  facing the cop car, his face was bleeding, I
7  believe his arms were behind him and that was
8  what I recall.
9  Q  When you came out of the house
10  with your mother, what was your sister doing?
11  A  My sister was with another cop
12  and he was trying to kind of just control
13  her, get her to stay still I think long
14  enough to cuff her.  My mom was with my
15  sister and I was with Max.
16  Q  When you say your mom was with
17  your sister, what was your mother doing with
18  your sister?
19  A  Trying to get her to be quiet and
20  stop moving.
21  Q  Did your mother physically touch
22  Tatiana?
23  A  Yes.
24  Q  She grabbed her by using her
25  hands to try to calm her down?

LEX REPORTING SERVICE
800-608-6085

V. Ritter

50

2  A  Yeah, she tried to like put her
3  arms on her side and then at a point my mom
4  was straddling her on the street to try to
5  get her to calm down.
6  Q  Tatiana eventually came down to
7  the ground?
8  A  Yes.
9  Q  So, your mother was straddling
10  Tatiana, and what was the policeman who was
11  involved with Tatiana at that time, what was
12  he doing?
13  A  Trying to cuff her I believe.
14  Q  How did that work if your mother
15  was --
16  A  They were both trying to
17  constrain her.
18  Q  At the same time?
19  A  Yeah.
20  Q  What was Tatiana saying, if you
21  can recall, whatever she was saying?
22  A  He's hurting me, get off of me,
23  various.
24  Q  Was she yelling at your mother?
25  A  No.

LEX REPORTING SERVICE
800-608-6085

V. Ritter

51

2  Q  She was yelling at the policeman?
3  A  Yes.  Or yelling to my mother
4  he's hurting me, get him away from me, things
5  like that.
6  Q  Did there come a time when you
7  saw Mr. Sherman come over to where your
8  sister and mother were?
9  A  No.  When I came outside Max was
10  already restricted with his hands and I just
11  remember the cop on him and I was on the cop
12  trying to get him to stop.
13  Q  What do you mean when you say you
14  were on the cop?
15  A  So, I remember running out,
16  Max was bleeding, the cop had him on the car.
17  So, I was on the cop's back just trying to
18  get him to stop, Max -- there was nothing
19  Max could do at that point, he was already
20  bleeding.  I believe his hands were cuffed,
21  so I was just trying to get the cop to stop.
22  Q  What was the cop doing that you
23  were trying to get him to stop?
24  A  So, if I'm the cop, I have -- on
25  the cop on top of Max with Max's head and

LEX REPORTING SERVICE
800-608-6085

V. Ritter

52

2  then I'm on top of the cop just kind of
3  patting him, not patting him but, you know,
4  just trying to get him to stop.
5  Q  When Max was facedown on the hood
6  of the car and the officer was on top of Max,
7  was the officer doing anything besides just
8  being on top of Max?
9  A  I don't -- I can't recall.
10  Q  Did you see the officer strike
11  Max at any time?  You have to say what you
12  saw.
13  A  Well --
14  Q  Don't infer, if I said tell me
15  what you're seeing right now.  Did you
16  actually see any officer --
17  A  This is so long ago.
18  Q  I know.  But did you ever
19  actually see any officer strike Max?
20  A  Yes.
21  Q  When did you see that?
22  A  I think earlier when -- early
23  like -- earlier in the events of the night
24  because Max was bleeding.
25  Q  But you didn't see how he became

LEX REPORTING SERVICE
800-608-6085

V. Ritter

53

2 to be bleeding?

3    A    Well, he was hit with the baton.

4    Q    Did you see him being hit with
5 the baton?

6    A    I believe so.

7    Q    Well, you just said that you came
8 out and your mother came out, she went to
9 Tatiana, you went out and as far as I can
10 tell from what you recall, you ended up on
11 the back of the cop who was with Max, and you
12 saw Max was bleeding?

13    A    Yes.

14    Q    Did you ever see any officer
15 strike Max with a baton?

16    A    I'm having difficulty answering
17 because of memory.

18    Q    Well, just answer to the best of
19 your memory. As it plays in your mind, did
20 you actually see an officer take his baton
21 and pop Max on the head?

22    A    I think so.

23    Q    But you're not sure?

24    A    No.

25    Q    Was Max saying anything while the

LEX REPORTING SERVICE
800-608-6085

V. Ritter

54

2 officer was on top of him?

3    A    He said why is my head bleeding,
4 why is my head bleeding. He just kept on
5 repeating that.

6    Q    Did there come a time when your
7 father came out of the house?

8    A    Yes.

9    Q    At what point did he come out of
10 the house, where was Max, where was Tatiana?

11    A    Max was on the curb, he was sat
12 on the curb, he was handcuffed, still yelling
13 my head is bleeding, why is my head bleeding.

14        My sister -- my mom and I were
15 then near my sister. The cop was trying to
16 cuff her again, she was erect at this point.

17        My dad then came out, he was
18 trying to forcibly put her hands on her
19 sides, sort of to assist the cop in the event
20 of handcuffing her. And then I believe at
21 that moment or shortly before all the other
22 cops arrived and then once they saw my dad
23 trying to like get her to like stop flailing,
24 they ripped my dad to the floor. He had cuts
25 on his knees and elbows, they took him to the

LEX REPORTING SERVICE
800-608-6085

V. Ritter

55

2 grassy area and then cuffed him and put him
3 into the car.

4    Q    When you were on the back of the
5 officer what, if anything, did the officer do
6 in relation to you?

7    A    I don't think he felt me. I
8 really don't. I think he was distracted.

9    Q    At that time what was your height
10 and weight?

11    A    Five-two and 115.

12    Q    At some point you were on the
13 back of the officer, how did Max get to the
14 curb?

15    A    I think that the officer must
16 have been putting him down to cuff him easily
17 and then they sat him down on the curb.

18    Q    Did there come a time when Ana
19 was placed under arrest?

20    A    No, but the cop did take her
21 phone forcibly out of her hand, another cop.

22    Q    Not one of the first two cops?

23    A    No.

24    Q    Now, did you see Tatiana being
25 driven away?

LEX REPORTING SERVICE
800-608-6085

V. Ritter

56

2    A    Yes. Still yelling.

3    Q    When was the next time that you
4 saw Tatiana?

5    A    I guess the next morning at some
6 point, I don't recall picking her up but that
7 next day.

8    Q    Where did you see her, at home?

9    A    Yeah.

10    Q    Did you have any discussion with
11 her?

12    A    No.

13    Q    Did you say anything about why
14 did you do that last night?

15    A    No.

16    Q    Did your parents, did your mother
17 say anything to Tatiana about what happened
18 last night?

19    A    Yes, my sister called the house
20 when she was under arrest at like 6:00 a.m.
21 flipping out on my mom.

22    Q    You mean being angry at your
23 mother?

24    A    Yes. Angry at my mother, blaming
25 her for what occurred because she called the

LEX REPORTING SERVICE
800-608-6085

V. Ritter

57

2  cops and she didn't know it was my sister
3  because my parents' window -- my mother could
4  not see who it was in the front of the house,
5  we didn't think my sister was coming home
6  that night, she didn't know it was my sister.
7  She called the cops because there was another
8  incident not related to us that she felt she
9  should call the cops for.  Then she exited
10  the bedroom and she woke my dad up, my dad
11  knew it was my sister, so it was too late at
12  that point.
13     Q     In the course of the several
14  months that you said Maksim was seeing
15  Tatiana, were there times that Tatiana did
16  not come home at night to East Meadow?
17     A     Sure.  Well, she works very late,
18  so I guess she did come home but very early
19  hours in the morning after bartending.
20     Q     Did she drive or take the train
21  into the City?
22     A     Drive.
23     Q     Well, there was a bar --
24     A     Sometimes in the City.  She
25  usually drove.

V. Ritter

58

2     Q     Prior to April 1st, 2nd, 2015,
3  aside from the time that Tatiana brought
4  Max over to meet your parents, had there been
5  other times that Max was in the house with
6  your sister?
7     A     I believe so.
8     Q     How did your sister behave at
9  those times?
10     A     Normal.
11     Q     Did you know if your father spoke
12  to Tatiana after she came home from jail?
13     A     Yes.
14     Q     Do you know what he said?
15     A     Well, they were arraigned, they
16  were in the holding cell together when they
17  were both arrested and he had to be taken
18  away from her because she still wasn't
19  stopping, so I'm sure they spoke then also,
20  but my parents are very nice parents.
21     Q     Did you go to the jail yourself?
22     A     I went for my dad.
23     Q     Which precinct was this, do you
24  know?
25     A     I can't say for certain, it was

V. Ritter

59

2  in Long Island.
3     Q     You drove to the precinct?
4     A     Yeah.
5     Q     By yourself?
6     A     With my mom.
7     Q     What did you do when you got to
8  the precinct?
9     A     We asked about my father, we
10  asked about my mom's phone that was taken
11  from her, we waited there.  I believe we left
12  because we were given a time to come back
13  later to come pick him up and I'm not sure
14  about the details with my sister's
15  arraignment.
16     Q     Did you see your sister in a
17  holding cell?
18     A     No.
19     Q     Did you see your father in a
20  holding cell?
21     A     No.
22     Q     So, how did you know they had to
23  be separated?
24     A     My dad told us.
25     Q     Did he tell you at one point they

V. Ritter

60

2  were in a cell together?
3     A     Yes.
4     Q     And then Tatiana was yelling so
5  much that --
6     A     She was still going on that he --
7  I don't know if he asked to be separated
8  because it was just too much, but they had to
9  be -- she just needed to be alone I guess.
10     Q     You say you're not sure, you
11  think you saw one of the officers strike Max
12  with a baton?
13     A     Yes.
14     Q     Do you know what color the baton
15  was?
16     A     Black.
17     Q     Is that a question or?
18     A     I don't know for sure but I
19  believe it was black.  I mean, it was also
20  late at night, so I can't answer with
21  certainty.
22     Q     To the best of your recollection,
23  if you recall the officer striking Max in the
24  head, how many times did you see him strike
25  Max in the head?

V. Ritter

61

2　　A　　That I don't know.  Once or
3　twice.
4　　Q　　When you heard your sister
5　screaming, was she cursing, using curse
6　words?
7　　A　　It's possible.
8　　Q　　Do you remember specifically?
9　　A　　No.
10　　Q　　Did you ever see Tatiana punch
11　one of the officers in the face?
12　　A　　No.
13　　Q　　If you look at Plaintiff's
14　Exhibit 2, the last paragraph, I'll read it
15　into the record again.  "This statement is
16　true to the best of my knowledge and belief,
17　I would like to repeat the following:  Max
18　Sherman never hit the police officers, never
19　pushed the police officers and did not flail
20　his arms and did not resist arrest."
21　　　　Are those your words?
22　　A　　Yes, and they are a hundred
23　percent true.
24　　Q　　When Tatiana was screaming at
25　Max, was he screaming back at her, did you

LEX REPORTING SERVICE
800-608-6085

---

V. Ritter

62

2　hear that?
3　　A　　My sister's screams are what woke
4　me up, I'm sure -- I believe they were
5　arguing with one another.
6　　Q　　Did you hear Max scream at the
7　officers?
8　　A　　I heard him say you're hurting
9　her, you're hurting her, stop hurting her,
10　yeah.
11　　Q　　Did you see Max go to the officer
12　that was dealing with Tatiana?
13　　A　　No.
14　　Q　　Do you know what happened to the
15　criminal charges against Tatiana?
16　　A　　I do not.
17　　Q　　To the best of your knowledge,
18　did Tatiana ever see Max again after
19　April 1st?
20　　A　　Never again, never spoke again.
21　　Q　　Did you ever speak to Max again?
22　　A　　Never.  I never really spoke to
23　him before either.
24　　　　MR. REISSMAN:  I have no
25　　　　further questions.

LEX REPORTING SERVICE
800-608-6085

---

V. Ritter

63

2　　　　Philip, do you have anything
3　　to add?
4　　　　MR. AIELLO:  Just a couple
5　　of quick follow-ups and we will
6　　get you out of here.
7　FURTHER EXAMINATION
8　BY MR. AIELLO:
9　　Q　　At any point did you see Maksim
10　Sherman jumping on the officer's back that
11　was dealing with your sister?
12　　A　　No.
13　　Q　　When you indicated that you came
14　up behind the officer that had Maksim Sherman
15　facedown on the car, was Maksim doing
16　anything at that point, was he resisting, was
17　he flailing?
18　　A　　He was yelling.
19　　Q　　Other than yelling, was he doing
20　anything with his body?
21　　A　　No, he was totally restrained.
22　　Q　　The statement that you gave that
23　we have been looking at, that we've marked as
24　Plaintiff's Exhibit 2 --
25　　A　　Yes.

LEX REPORTING SERVICE
800-608-6085

---

V. Ritter

64

2　　Q　　-- would there be any reason for
3　you to have given a statement at that time
4　that was not accurate?
5　　A　　No.
6　　　　MR. REISSMAN:  I will ask
7　　the reporter to mark this
8　　Defendant's Exhibit A.
9　　　　(Copy of statement was
10　　marked as Defendant's Exhibit A,
11　　for identification, as of this
12　　date.)
13　FURTHER EXAMINATION
14　BY MR. REISSMAN:
15　　Q　　I'd like to show you what's been
16　marked as Defendant's Exhibit A which is an
17　arrest report, you don't have to read the
18　whole thing, just take a look.  It's two
19　pages.
20　　A　　This is my sister's arrest?
21　　Q　　Yes, this is your sister's
22　arrest, that's the basic arrest information
23　on the first page and then second page is a
24　narrative, which is called the additional
25　arrest information.

LEX REPORTING SERVICE
800-608-6085

V. Ritter

65

2      If you can read that to yourself,
3  tell me when you're done reading?
       **A    That's such a lie.**
6      **A    I'm done.**
7      Q    Okay.  Now, you were reading that
8  and I observed you made some facial
9  expressions and frowning and couldn't contain
10  yourself and said that's such a lie?  So,
11  tell me --
12     **A    Sorry, I don't have a good poker**
13  **face.**
14     Q    We can go line by line, tell me
15  what you belive is true and accurate or what
16  is inaccurate.
17     **A    Okay.  I did not see my sister**
18  **punch anyone in the face.  I don't know, I**
19  **don't know.  I did not see Max --**
20     Q    Well, let me stop you there.  In
21  the top third, "Subject Ritter reentered the
22  parked vehicle and sat in the passenger seat
23  refusing to identify herself to officers at
24  scene.  Subject Ritter then exited the
25  vehicle, began screaming obscenities at the

LEX REPORTING SERVICE
800-608-6085

V. Ritter

66

2  officers and refusing to calm down and get
3  out of the street.  At that time Subject
4  Ritter was informed that she was under arrest
5  for disorderly conduct.  When Officer
6  Acquilino attempted to handcuff Subject
7  Ritter she punched him in the face and
8  flailed her arms to make handcuffing
9  difficult."
10     At any time did you see Tatiana
11  punch an officer in the face?
12     **A    I did not see that.**
13     Q    Now, the next sentence, I'm going
14  to read that to you.  "At this point Subject
15  Sherman ran around the vehicle and pushed
16  Officer Acquilino in an attempt to impede the
17  handcuffing of Subject Ritter."
18     Did you see Mr. Sherman run
19  around the vehicle and push Officer
20  Acquilino?
21     **A    I did not.**
22     Q    Next sentence, I'll start that
23  sentence again.  "To impede the handcuffing
24  of Subject Ritter, Officer McGarrigle was
25  able to separate Subject Sherman from Officer

LEX REPORTING SERVICE
800-608-6085

V. Ritter

67

2  Acquilino but Subject Sherman became more
3  combative jumping on Officer McGarrigle's
4  back screaming get off her."  Did you see
5  that?
6      **A    No, if anyone was on his back it**
7  **was me.**
8      Q    Next sentence, "Officer
9  McGarrigle informed Subject Sherman he was
10  under arrest and he began to continue
11  screaming and flailing his arms refusing to
12  be handcuffed."
13     Did you see Mr. Sherman do that?
14     **A    I did not.**
15     Q    Let's see, I'm continuing.  "At
16  this point in time Subject Ritter's father,
17  Gerald Ritter, exited his home at 1894
18  Stuyvesant and ran towards Officer Acquilino
19  who was still struggling with Subject Tatiana
20  Ritter who was violently physically resisting
21  arrest."
22     At any time that evening, did you
23  see Tatiana violently physically resisting
24  arrest?
25     **A    Yes.**

LEX REPORTING SERVICE
800-608-6085

V. Ritter

68

2      Q    What was she doing?
3      **A    Flailing I guess, she was on the**
4  **floor a couple points -- at different points**
5  **in the night.  But this was -- I feel like**
6  **there's so much in between here that happened**
7  **before my dad came out and he doesn't run, so**
8  **there was no running.  But my sister was**
9  **definitely struggling with arrest and my mom**
10  **was trying to help them help her and then my**
11  **dad came out when he saw that.**
12     Q    Now, just a couple minutes ago
13  you were reading this and frowning and said
14  that's such a lie, what were you referring
15  to?
16     **A    When they said that the phone was**
17  **secured voluntarily at the scene, that is an**
18  **outright outrageous lie.  They were --**
19  **physically ripped it out of her hand.**
20     Q    Out of your mother's hand?
21     **A    Yes.  That's completely legal to**
22  **record any activity, which was never returned**
23  **to her to this day.**
24     Q    Did you see either of the
25  officers bleeding?

LEX REPORTING SERVICE
800-608-6085

V. Ritter

69

```
 1
 2    A    No.
 3         MR. REISSMAN:  No further
 4    questions, thank you.
 5         MR. AIELLO:  I have no
 6    further questions, thank you for
 7    showing up.
 8         THE WITNESS:  Thank you.
 9         -oOo-
10         (Whereupon, the deposition
11    of VERONICA RITTER was concluded
12    at 12:05 p.m.)
13
14
15         _____
           VERONICA RITTER
16
17
18    Subscribed and sworn to
      before me this ____ day
19    of _____, 2017
20
      _____
21    NOTARY PUBLIC
22
23
24
25
```

LEX REPORTING SERVICE
800-608-6085

---

71

```
 1
 2         C E R T I F I C A T E
 3
 4         I, Jennifer M. Juliani, a reporter
 5    and Notary Public within and for the
 6    State of New York, do hereby certify:
 7         That the witness(es) whose
 8    testimony is hereinbefore set forth was
 9    duly sworn by me, and the foregoing
10    transcript is a true record of the
11    testimony given by such witness(es).
12         I further certify that I am not
13    related to any of the parties to this
14    action by blood or marriage, and that I
15    am in no way interested in the outcome
16    of this matter.
17
18
19                      _____
                        JENNIFER M. JULIANI
20
21
22
23
24
25
```

LEX REPORTING SERVICE
800-608-6085

---

70

```
 1
 2         I N D E X
 3
 4    WITNESS        EXAMINATION BY      PAGE
 5    VERONICA RITTER    Mr. Aiello      4, 63
 6              Mr. Reissman      31, 64
 7
 8         EXHIBITS
 9    PLAINTIFF'S    DESCRIPTION        PAGE
10    1-2        Documents          4
11    DEFENDANT'S                    PAGE
12    A          Statement          64
13
14
15
16
17
18
19
20
21
22
23
24
25
```

LEX REPORTING SERVICE
800-608-6085

---

72

```
 1
 2         ERRATA SHEET
 3
 4    The following are my corrections to the
 5    attached transcript:
 6
 7    PAGE   LINE   SHOULD READ
 8    ____  *  ____  _____
 9    ____  *  ____  _____
10    ____  *  ____  _____
11    ____  *  ____  _____
12    ____  *  ____  _____
13    ____  *  ____  _____
14    ____  *  ____  _____
15    ____  *  ____  _____
16    ____  *  ____  _____
17    ____  *  ____  _____
18    ____  *  ____  _____
19    ____  *  ____  _____
20    ____  *  ____  _____
21    ____  *  ____  _____
22    ____  *  ____  _____
23    ____  *  ____  _____
24    ____  *  ____  _____
25
```

LEX REPORTING SERVICE
800-608-6085

## 1

**1** [3] - 4:20, 6:23, 44:15
**1-2** [1] - 70:10
**1-RE** [1] - 4:16
**10005** [1] - 2:6
**10128** [1] - 4:16
**10:54** [1] - 1:13
**11** [1] - 1:12
**11/27/91** [1] - 35:25
**115** [1] - 55:11
**11501** [1] - 2:11
**11554** [1] - 8:5
**12** [2] - 25:18, 29:6
**12:05** [1] - 69:12
**1894** [3] - 7:25, 36:15, 67:17
**1989** [1] - 36:4
**1:00** [3] - 8:23, 9:6, 44:14
**1st** [5] - 44:18, 44:22, 45:20, 58:2, 62:19

## 2

**2** [7] - 4:20, 5:15, 8:17, 27:9, 34:13, 61:14, 63:24
**2012** [1] - 40:22
**2015** [17] - 5:15, 7:19, 7:24, 8:10, 8:17, 25:18, 29:6, 36:14, 37:2, 37:23, 38:5, 39:5, 40:5, 42:12, 43:21, 44:15, 58:2
**2017** [2] - 1:12, 69:19
**233** [1] - 4:15
**2nd** [4] - 44:19, 44:23, 45:21, 58:2

## 3

**3/7/95** [1] - 36:8
**31** [1] - 70:6

## 4

**4** [2] - 70:5, 70:10
**48** [2] - 1:11, 2:5

## 6

**6** [1] - 36:4
**63** [1] - 70:5
**64** [2] - 70:6, 70:12
**6:00** [1] - 56:20

## 9

**96th** [1] - 4:15

## A

**a.m** [3] - 1:13, 8:23, 56:20
**ability** [1] - 32:19
**able** [5] - 5:20, 12:25, 13:21, 22:24, 66:25
**above-entitled** [1] - 1:16
**absolutely** [1] - 22:22
**academic** [3] - 37:11, 37:13, 37:17
**Academics** [1] - 37:16
**access** [1] - 19:24
**accurate** [5] - 25:15, 26:17, 26:21, 64:4, 65:15
**Acquilino** [1] - 66:6, 66:16, 66:20, 67:2, 67:18
**act** [1] - 28:11
**action** [2] - 1:16, 71:14
**actions** [1] - 27:19
**activity** [1] - 68:22
**ADAMS** [1] - 2:4
**add** [2] - 31:4, 63:3
**additional** [1] - 64:24
**address** [3] - 4:13, 5:2, 8:18
**administer** [1] - 3:16
**administrator** [1] - 37:20
**ads** [1] - 41:22
**advisor** [3] - 38:3, 42:25, 43:10
**Affairs** [1] - 28:25
**afterwards** [1] - 21:4
**aggressive** [2] - 18:23, 39:23
**aggressively** [1] - 19:7
**ago** [2] - 52:17, 68:12
**AGREED** [3] - 3:4, 3:9, 3:13
**AIELLO** [8] - 2:4, 2:6, 4:8, 4:17, 27:6, 63:4, 63:8, 69:5
**Aiello** [5] - 5:12, 32:14, 34:12, 44:16, 70:5
**alcohol** [4] - 33:12, 39:15, 39:18, 39:20

**aliases** [1] - 32:9
**alone** [2] - 7:12, 60:9
**ambulance** [1] - 30:8
**Ana** [2] - 36:21, 55:18
**ANA** [1] - 36:21
**AND** [4] - 1:7, 3:4, 3:9, 3:13
**angry** [2] - 56:22, 56:24
**Anna** [1] - 8:12
**answer** [4] - 6:5, 6:17, 53:18, 60:20
**answering** [1] - 53:16
**answers** [4] - 24:20, 33:16, 35:4, 35:17
**Apartment** [1] - 4:15
**APOSTOLAKOS** [1] - 2:4
**appear** [2] - 28:18, 28:21
**April** [18] - 5:15, 7:19, 7:23, 8:17, 25:17, 29:5, 36:13, 38:5, 40:4, 44:15, 44:18, 44:19, 44:22, 44:23, 45:20, 58:2, 62:19
**area** [1] - 55:2
**arguing** [2] - 13:13, 62:5
**argument** [2] - 13:9, 46:18
**arms** [7] - 27:16, 27:24, 49:7, 50:3, 61:20, 66:8, 67:11
**arraigned** [1] - 58:15
**arraignment** [1] - 59:15
**arrest** [16] - 22:21, 27:16, 27:24, 55:19, 56:20, 61:20, 64:17, 64:20, 64:22, 64:25, 66:4, 67:10, 67:21, 67:24, 68:9
**arrested** [4] - 19:10, 19:11, 34:7, 39:25, 40:2, 58:17
**arrive** [2] - 11:12, 22:6
**arrived** [7] - 11:15, 12:16, 12:18, 22:3, 22:5, 22:10, 54:22
**aside** [1] - 54:19
**assist** [1] - 54:19
**assume** [1] - 6:16
**ATESHOGLOU** [1] - 2:4
**attached** [1] - 72:5

**attempt** [1] - 66:16
**attempted** [1] - 66:6
**attend** [1] - 40:10
**attended** [2] - 42:21, 43:2
**ATTORNEY** [1] - 2:9
**Attorney** [1] - 4:23
**attorney** [1] - 3:19
**Attorneys** [2] - 2:5, 2:10
**attorneys** [1] - 3:5
**August** [1] - 1:12
**authorized** [1] - 3:15
**Avenue** [4] - 7:25, 9:19, 36:15, 41:16
**awake** [1] - 9:8
**awhile** [1] - 10:14
**awoke** [1] - 9:7
**awoken** [1] - 45:22

## B

**background** [2] - 31:22, 33:6
**balding** [1] - 15:13
**bar** [3] - 38:9, 38:17, 57:23
**bartender** [1] - 38:4
**bartending** [3] - 38:7, 38:10, 57:19
**Baruch** [1] - 42:21
**basic** [1] - 64:22
**bathroom** [1] - 45:7
**baton** [9] - 20:22, 25:16, 26:2, 53:3, 53:5, 53:15, 53:20, 60:12, 60:14
**beach** [2] - 32:13
**beauty** [8] - 38:3, 38:6, 38:12, 38:13, 42:23, 43:2, 43:3, 43:5
**became** [5] - 18:11, 18:24, 20:24, 52:25, 67:2
**become** [1] - 18:17
**bedroom** [9] - 9:13, 45:6, 45:8, 45:11, 57:10
**bedrooms** [1] - 45:4
**began** [3] - 11:4, 65:25, 67:10
**behalf** [1] - 28:22
**behave** [1] - 58:8
**behavior** [2] - 39:5, 39:21
**behind** [5] - 19:21, 26:3, 26:7, 49:7, 63:14
**belief** [2] - 27:12,

**61:16**
**belive** [1] - 65:15
**best** [7] - 27:12, 32:19, 33:21, 53:18, 60:22, 61:16, 62:17
**better** [1] - 48:7
**between** [7] - 3:5, 13:22, 15:21, 16:2, 19:4, 20:13, 68:6
**beverage** [1] - 47:10
**birth** [1] - 35:24
**bit** [3] - 15:11, 39:2
**black** [3] - 15:5, 60:16, 60:19
**blaming** [1] - 56:24
**bleeding** [15] - 20:17, 20:25, 21:3, 30:2, 49:6, 51:16, 51:20, 52:24, 53:2, 53:12, 54:3, 54:4, 54:13, 68:25
**blood** [2] - 29:20, 71:14
**bloodied** [2] - 29:15, 29:17
**body** [1] - 63:20
**Bookstein** [1] - 35:11
**born** [1] - 36:11
**boyfriend** [1] - 7:18
**break** [7] - 6:6, 6:8, 6:11, 11:8, 33:3, 33:4, 48:21
**Brookfield** [1] - 41:19
**brother** [5] - 8:13, 9:3, 30:13, 36:20
**brother's** [1] - 36:5
**brought** [1] - 58:3
**Buffalo** [2] - 40:20, 41:3
**bullets** [1] - 42:2
**business** [2] - 5:2, 41:10
**BY** [7] - 2:6, 2:11, 4:7, 31:17, 63:8, 64:14, 70:4
**bystander** [1] - 31:8

## C

**calm** [4] - 22:19, 49:25, 50:5, 66:2
**cannot** [1] - 33:15
**car** [39] - 10:3, 10:9, 10:11, 10:12, 11:14, 11:18, 11:21, 12:2, 12:3, 12:4, 12:6, 12:8, 12:9, 12:10, 13:20, 16:4, 16:7, 19:5, 19:7,

19:12, 19:13, 19:15, 19:17, 20:16, 20:19, 21:2, 21:8, 22:24, 29:16, 46:7, 47:9, 48:10, 48:11, 48:13, 49:6, 51:16, 52:6, 55:3, 63:15
**card** [2] - 5:3, 39:3
**case** [1] - 24:13
**caused** [2] - 9:7, 18:16
**cell** [7] - 21:16, 21:21, 21:23, 58:16, 59:17, 59:20, 60:2
**certain** [2] - 11:23, 58:25
**certainty** [1] - 60:21
**certification** [1] - 3:7
**certify** [2] - 71:6, 71:12
**characterize** [2] - 38:24, 39:4
**charge** [1] - 3:19
**charges** [2] - 28:23, 62:15
**choice** [1] - 47:11
**City** [7] - 38:19, 38:20, 41:5, 42:22, 43:4, 57:21, 57:24
**clear** [1] - 27:20
**closer** [1] - 38:25
**College** [1] - 42:21
**college** [2] - 30:15, 40:18
**color** [1] - 60:14
**combative** [1] - 67:3
**coming** [2] - 44:22, 57:5
**commerce** [1] - 41:23
**company** [1] - 37:5
**comparison** [1] - 40:9
**complaining** [1] - 29:22
**complaints** [1] - 29:21
**complete** [2] - 33:16, 42:22
**completed** [1] - 42:23
**completely** [1] - 68:21
**concentrating** [1] - 23:11
**concluded** [1] - 69:11
**conduct** [1] - 66:5
**congratulations** [1] - 7:16

**connection** [5] - 5:14, 24:12, 28:16, 30:20, 30:23
**constrain** [1] - 50:17
**construction** [1] - 37:5
**contain** [2] - 22:17, 65:9
**contained** [1] - 26:21
**continue** [1] - 10:21, 39:18, 67:10
**continuing** [1] - 67:15
**contractor** [1] - 37:6
**control** [2] - 20:19, 49:12
**conversations** [1] - 14:19
**cop** [51] - 11:14, 12:2, 12:6, 12:9, 12:10, 13:20, 14:9, 14:12, 14:25, 16:6, 16:17, 16:21, 16:22, 17:4, 17:6, 17:9, 17:10, 17:15, 18:2, 18:3, 18:7, 18:18, 21:9, 22:2, 22:15, 22:19, 22:20, 23:12, 23:19, 24:5, 26:8, 29:15, 48:11, 48:24, 49:5, 49:6, 49:11, 51:11, 51:14, 51:16, 51:21, 51:22, 51:24, 51:25, 52:2, 53:11, 54:15, 54:19, 55:20, 55:21
**cop's** [2] - 19:8, 51:17
**cops** [22] - 10:23, 12:16, 12:18, 13:21, 13:22, 13:25, 14:9, 18:8, 18:11, 22:3, 22:5, 22:10, 22:14, 22:20, 23:20, 30:11, 47:22, 54:22, 55:22, 57:2, 57:7, 57:9
**copy** [3] - 3:18, 4:24, 64:9
**copywriter** [2] - 41:16, 41:21
**copywriting** [1] - 41:8
**corner** [2] - 11:25, 12:6
**corporate** [1] - 41:18
**correct** [5] - 8:6, 14:17, 25:18, 27:25, 36:25
**corrections** [1] - 72:4

**County** [2] - 4:22, 5:4
**COUNTY** [3] - 1:7, 2:9, 2:9
**couple** [4] - 42:24, 63:4, 68:4, 68:12
**course** [1] - 57:13
**Court** [1] - 3:18
**court** [3] - 6:8, 28:18, 28:21
**COURT** [1] - 1:1
**covered** [1] - 29:19
**criminal** [2] - 24:13, 62:15
**cuff** [5] - 22:24, 49:14, 50:13, 54:16, 55:16
**cuffed** [5] - 19:24, 21:7, 22:21, 51:20, 55:2
**cuffs** [1] - 21:5
**curb** [6] - 22:12, 29:25, 54:11, 54:12, 55:14, 55:17
**current** [1] - 41:13
**curse** [1] - 61:5
**cursing** [1] - 61:5
**cuts** [1] - 54:24**

**D**

**dad** [13] - 9:2, 9:5, 22:18, 22:22, 54:17, 54:22, 54:24, 57:10, 58:22, 59:24, 68:7, 68:11
**date** [3] - 4:21, 35:24, 64:12
**dating** [1] - 10:14
**DAVID** [1] - 1:7
**days** [1] - 25:20
**dealing** [7] - 14:15, 15:8, 23:21, 23:23, 23:25, 62:12, 63:11
**dean** [5] - 37:8, 37:11, 37:13, 37:16, 37:19
**defend** [1] - 17:5
**DEFENDANT'S** [1] - 70:11
**Defendant's** [3] - 64:8, 64:10, 64:16
**Defendants** [2] - 1:9, 2:10
**defense** [1] - 28:12
**definitely** [1] - 68:9
**degree** [1] - 42:22
**den** [1] - 45:6
**depart** [1] - 42:10
**DEPOSITION** [1] -

1:15
**deposition** [4] - 3:14, 33:23, 34:10, 69:10
**deputy** [1] - 4:22
**describe** [5] - 15:2, 15:10, 20:3, 29:18, 44:25
**DESCRIPTION** [1] - 70:9
**description** [1] - 41:25
**descriptions** [1] - 41:24
**detail** [1] - 44:16
**details** [1] - 59:14
**detected** [1] - 46:2
**device** [1] - 35:5
**different** [2] - 42:24, 68:4
**difficult** [1] - 66:9
**difficulty** [1] - 53:16
**dining** [2] - 25:4, 45:5
**direct** [1] - 25:23
**discipline** [1] - 37:17
**discussion** [3] - 31:15, 42:5, 56:10
**disorderly** [1] - 66:5
**distracted** [1] - 55:8
**DISTRICT** [2] - 1:1, 1:2
**document** [1] - 27:8
**documents** [1] - 4:19
**Documents** [1] - 70:10
**done** [2] - 65:3, 65:6
**door** [1] - 48:7
**down** [18] - 5:20, 5:21, 11:8, 18:4, 22:19, 32:17, 32:20, 35:4, 47:14, 47:17, 47:21, 48:21, 49:25, 50:5, 50:6, 55:16, 55:17, 66:2
**downstairs** [2] - 45:5, 48:3
**drank** [1] - 33:12
**drive** [2] - 57:20, 57:22
**driven** [2] - 47:9, 55:25
**driveway** [5] - 9:12, 9:14, 9:15, 22:16, 45:10
**dropped** [1] - 28:23
**drove** [2] - 57:25, 59:3
**drunk** [6] - 46:22, 46:25, 47:4, 47:6, 47:7, 47:8

**duly** [2] - 4:3, 71:9
**during** [1] - 38:11

**E**

**early** [3] - 40:23, 52:22, 57:18
**easily** [1] - 55:16
**east** [2] - 40:13, 42:17
**East** [6] - 4:15, 8:3, 34:20, 36:15, 42:10, 57:16
**Easter** [1] - 30:16
**EASTERN** [1] - 1:2
**editorial** [1] - 41:8
**effect** [1] - 3:17
**either** [9] - 11:24, 13:23, 14:20, 18:8, 18:11, 20:21, 30:18, 62:23, 68:24
**elbows** [1] - 54:25
**employed** [1] - 37:24
**employment** [1] - 41:14
**EMS** [1] - 30:7
**end** [1] - 42:12
**ended** [1] - 53:10
**engaged** [1] - 7:14
**English** [1] - 40:25
**entitled** [1] - 1:16
**erect** [1] - 54:16
**ERRATA** [1] - 72:2
**escalated** [2] - 13:24, 48:15
**ESQ** [2] - 2:6, 2:11
**Esquire** [1] - 35:11
**evening** [9] - 10:18, 25:13, 26:12, 26:22, 27:19, 31:4, 44:18, 45:20, 67:22
**event** [1] - 54:19
**events** [2] - 17:23, 52:23
**eventually** [2] - 31:25, 50:6
**evidence** [1] - 46:24
**exactly** [1] - 11:23
**examination** [1] - 3:18
**EXAMINATION** [5] - 4:7, 31:17, 63:7, 64:13, 70:4
**examined** [1] - 4:5
**except** [1] - 3:10
**Exhibit** [8] - 6:23, 27:9, 34:13, 61:14, 63:24, 64:8, 64:10, 64:16
**Exhibits** [1] - 4:20

**EXHIBITS** [1] - 70:8
**exited** [4] - 14:6, 57:9, 65:24, 67:17
**experience** [1] - 47:2
**expressions** [1] - 65:9
**extensive** [1] - 31:21

## F

**face** [12] - 19:17, 19:18, 20:17, 29:19, 45:13, 45:14, 49:6, 61:11, 65:13, 65:18, 66:7, 66:11
**facedown** [2] - 52:5, 63:15
**facial** [1] - 65:8
**facing** [1] - 49:6
**familiar** [1] - 10:10
**family** [3] - 8:7, 31:23, 44:4
**far** [1] - 53:9
**father** [10] - 28:22, 30:13, 36:19, 37:2, 48:17, 54:7, 58:11, 59:9, 59:19, 67:16
**father's** [1] - 36:23
**fault** [1] - 31:6
**felt** [4] - 17:5, 18:16, 55:7, 57:8
**few** [4] - 11:13, 12:17, 24:15, 26:10
**fiance** [2] - 7:13, 7:18
**field** [2] - 40:24, 41:7
**Fifth** [1] - 41:15
**fighting** [1] - 13:11
**figure** [1] - 39:12
**FILE** [1] - 2:7
**filing** [1] - 3:6
**fill** [2] - 5:4, 5:8
**final** [1] - 27:17
**finish** [2] - 5:18, 32:16
**first** [18] - 4:3, 12:2, 12:10, 13:20, 14:8, 15:20, 19:3, 19:17, 19:18, 20:18, 21:3, 35:10, 43:18, 43:22, 46:6, 47:24, 55:22, 64:23
**five** [2] - 18:4, 55:11
**five-two** [1] - 18:4, 55:11
**flail** [3] - 27:15, 27:24, 61:19
**flailed** [1] - 66:8
**flailing** [4] - 54:23, 63:17, 67:11, 68:3

**flipping** [1] - 56:21
**floor** [4] - 17:25, 22:22, 54:24, 68:4
**Florida** [1] - 42:9
**follow** [1] - 63:5
**follow-ups** [1] - 63:5
**following** [4] - 20:18, 27:13, 61:17, 72:4
**follows** [1] - 4:6
**force** [2] - 3:16, 28:4
**forceful** [2] - 16:18, 16:19
**forcibly** [2] - 54:18, 55:21
**foregoing** [1] - 71:9
**form** [4] - 3:10, 5:4, 5:5, 5:7
**forth** [1] - 71:8
**four** [1] - 7:15
**Freeport** [1] - 38:21
**fresh** [1] - 42:14
**Fridays** [1] - 38:10
**front** [5] - 11:24, 45:13, 45:15, 45:23, 57:4
**Front** [1] - 38:15
**frowning** [2] - 65:9, 68:13
**full** [2] - 32:3, 38:11
**full-time** [1] - 38:11
**furnished** [1] - 3:19
**FURTHER** [4] - 3:9, 3:13, 63:7, 64:13

## G

**garage** [1] - 45:10
**general** [1] - 45:2
**generous** [1] - 23:16
**GERALD** [1] - 36:24
**Gerald** [3] - 8:12, 36:23, 67:17
**gig** [1] - 38:22
**girl** [2] - 39:6, 39:14
**given** [7] - 24:12, 25:17, 28:14, 29:5, 59:12, 64:3, 71:11
**glad** [1] - 6:3
**grabbed** [1] - 49:24
**graduate** [2] - 40:14, 40:21, 42:15
**graduated** [1] - 40:22
**graduating** [2] - 41:2, 42:20
**graduation** [1] - 40:16
**grassy** [1] - 55:2
**great** [1] - 33:2
**ground** [1] - 50:7

**growing** [1] - 38:23
**grunt** [1] - 32:20
**guess** [7] - 6:16, 37:17, 44:22, 56:5, 57:18, 60:9, 68:3

## H

**hair** [1] - 15:13
**hand** [3] - 55:21, 68:19, 68:20
**handcuff** [2] - 17:13, 66:6
**handcuffed** [3] - 22:7, 54:12, 67:12
**handcuffing** [4] - 54:20, 66:8, 66:17, 66:23
**handle** [1] - 39:15
**handled** [2] - 20:20, 24:7
**handles** [1] - 37:16
**handling** [2] - 17:15, 17:16
**hands** [8] - 18:22, 19:19, 19:25, 20:5, 49:25, 51:10, 51:20, 54:18
**hard** [1] - 22:16
**head** [19] - 5:22, 15:14, 16:7, 20:24, 26:2, 26:6, 26:8, 27:21, 30:2, 32:20, 49:5, 51:25, 53:21, 54:3, 54:4, 54:13, 60:24, 60:25
**hear** [4] - 13:12, 13:22, 62:2, 62:6
**heard** [5] - 9:9, 9:23, 46:21, 61:4, 62:8
**heavier** [1] - 15:12
**height** [1] - 55:9
**held** [4] - 1:17, 12:7, 31:16, 42:6
**help** [2] - 20:8, 22:18, 68:10
**HEREBY** [1] - 3:4
**hereby** [2] - 3:7, 71:6
**herein** [3] - 3:6, 3:20, 4:3
**hereinbefore** [1] - 71:8
**herself** [1] - 65:23
**high** [4] - 40:10, 40:12, 42:15, 42:20
**High** [1] - 40:13
**himself** [2] - 34:23, 34:24
**hit** [8] - 26:2, 26:4, 26:6, 27:14, 27:23,

53:3, 53:4, 61:18
**hitting** [2] - 26:7, 26:9
**holding** [4] - 18:4, 58:16, 59:17, 59:20
**home** [14] - 7:4, 8:7, 9:12, 12:15, 30:16, 39:9, 39:12, 41:4, 56:8, 57:5, 57:16, 57:18, 58:12, 67:17
**honest** [1] - 23:10
**hood** [3] - 16:4, 16:7, 52:5
**Hook** [1] - 37:11
**hotheaded** [1] - 39:23
**hours** [1] - 57:19
**house** [21] - 8:24, 11:22, 14:7, 14:8, 14:18, 25:4, 34:20, 36:18, 43:23, 43:24, 44:2, 44:25, 45:3, 45:23, 48:22, 49:9, 54:7, 54:10, 56:19, 57:4, 58:5
**hundred** [2] - 15:14, 31:7, 61:22
**hurting** [9] - 14:23, 14:24, 17:6, 20:8, 50:22, 51:4, 62:8, 62:9

## I

**Ian** [1] - 7:22
**IAN** [1] - 7:22
**idea** [2] - 16:22, 47:12
**identification** [2] - 4:21, 64:11
**identify** [1] - 65:23
**imagine** [1] - 44:9
**impede** [2] - 66:16, 66:23
**inaccurate** [1] - 65:16
**incident** [15] - 5:14, 8:2, 8:16, 28:3, 28:16, 29:3, 29:8, 29:11, 30:14, 30:20, 30:23, 30:24, 32:2, 44:13, 57:8
**incoherent** [1] - 11:6
**indicated** [3] - 9:7, 23:22, 63:13
**individuals** [2] - 14:20, 28:15
**infer** [1] - 52:14
**information** [2] - 64:22, 64:25

**informed** [2] - 66:4, 67:9
**initial** [1] - 15:25
**injured** [1] - 20:25
**innocent** [1] - 31:7
**inside** [4] - 10:7, 11:2, 12:13, 12:14
**instance** [1] - 26:15
**instigated** [1] - 28:6
**interact** [1] - 23:24
**interacting** [3] - 15:3, 16:9, 18:7
**interaction** [5] - 13:16, 13:22, 15:25, 19:3, 20:13
**interested** [1] - 71:15
**Internal** [1] - 28:25
**interning** [1] - 41:5
**intersecting** [1] - 9:19
**intersection** [1] - 15:20
**intoxicated** [2] - 22:25, 23:5
**investigator** [6] - 25:9, 25:10, 34:17, 34:19, 35:16, 35:20
**invited** [1] - 44:3
**invoice** [1] - 5:5
**involved** [2] - 14:12, 50:11
**IS** [3] - 3:4, 3:9, 3:13
**Island** [4] - 38:22, 41:4, 43:6, 59:2
**IT** [3] - 3:4, 3:9, 3:13

## J

**J-A-C-Q-U-E-S** [1] - 36:6
**Jack** [1] - 8:13
**Jacques** [1] - 36:6
**jail** [2] - 58:12, 58:21
**January** [1] - 36:4
**Jennifer** [2] - 1:18, 71:4
**job** [1] - 37:24
**jobs** [2] - 41:6, 42:24
**journalism** [1] - 40:25
**Juliani** [2] - 1:18, 71:4
**jumping** [2] - 63:10, 67:3

## K

**keep** [1] - 65:5
**kept** [2] - 17:7, 54:4
**kidney** [2] - 39:14,

39:17

**kind** [13] - 11:7, 14:2, 14:4, 17:4, 19:6, 19:9, 21:9, 41:7, 46:18, 48:14, 49:12, 52:2
**kitchen** [1] - 45:4
**knees** [1] - 54:25
**knowledge** [4] - 6:17, 27:12, 61:16, 62:17
**known** [1] - 32:8

## L

**lack** [1] - 33:20
**ladies'** [1] - 6:9
**last** [10] - 8:14, 24:19, 27:4, 33:11, 33:13, 34:14, 56:14, 56:18, 61:14
**late** [3] - 57:11, 57:17, 60:20
**laundry** [1] - 45:6
**lawsuit** [1] - 34:2, 34:4
**lawyer** [2] - 43:14, 45:17
**layout** [1] - 44:25
**lead** [1] - 9:15
**least** [2] - 10:16, 26:4
**led** [2] - 16:11, 17:11
**left** [2] - 29:13, 59:11
**legal** [1] - 68:21
**LEX#127444** [1] - 1:22
**lie** [4] - 65:4, 65:10, 68:14, 68:18
**life** [1] - 39:7
**LINE** [1] - 72:7
**line** [2] - 65:14
**listening** [1] - 11:3
**live** [2] - 7:12, 42:8
**lived** [2] - 7:10, 43:24
**living** [10] - 7:24, 8:9, 10:5, 36:13, 36:17, 37:4, 39:10, 45:5, 48:6
**located** [2] - 38:14, 38:18
**look** [4] - 9:22, 27:4, 61:13, 64:18
**looked** [1] - 9:24, 45:25, 48:4
**looking** [3] - 6:14, 27:10, 63:23
**looks** [1] - 9:13
**loud** [1] - 9:9

## M

**MAKSIM** [1] - 1:4
**Maksim** [9] - 5:13, 10:17, 15:8, 24:14, 43:16, 57:14, 63:9, 63:14, 63:15
**manhandling** [1] - 47:22
**manner** [1] - 28:8
**Maria** [1] - 32:7
**mark** [2] - 4:17, 64:7
**marked** [7] - 4:19, 6:23, 27:8, 34:13, 63:23, 64:10, 64:16
**marketing** [1] - 41:12
**marriage** [1] - 71:14
**married** [1] - 43:11
**matter** [1] - 71:16
**Max** [89] - 10:6, 10:13, 11:2, 11:5, 12:7, 13:17, 13:23, 13:25, 14:3, 14:16, 15:23, 15:24, 16:3, 16:6, 16:16, 16:20, 16:23, 17:4, 17:8, 17:11, 18:7, 18:8, 18:10, 18:14, 18:17, 18:25, 19:4, 20:4, 20:14, 20:15, 21:6, 22:7, 22:9, 23:4, 23:13, 23:23, 23:24, 24:6, 24:8, 24:9, 25:7, 26:2, 26:4, 26:5, 26:8, 26:9, 27:13, 27:19, 27:23, 28:5, 29:7, 29:13, 44:6, 46:5, 47:23, 49:5, 49:15, 51:9, 51:16, 51:18, 51:19, 51:25, 52:5, 52:6, 52:8, 52:11, 52:19, 52:24, 53:11, 53:12, 53:15, 53:21, 53:25, 54:10, 54:11, 55:13, 58:4, 58:5, 60:11, 60:23, 60:25, 61:17, 61:25, 62:6, 62:11, 62:18, 62:21, 65:19
**max** [1] - 31:7
**Max's** [8] - 10:9, 11:21, 12:3, 12:8, 19:19, 48:11, 49:5, 51:25
**McGarrigle** [2] - 66:24, 67:9
**MCGARRIGLE** [1] - 1:8
**McGarrigle's** [1] - 67:3

**McMANUS** [1] - 2:4
**Meadow** [7] - 8:3, 34:20, 36:16, 40:13, 42:10, 42:17, 57:16
**mean** [7] - 18:4, 20:16, 25:14, 37:15, 51:13, 56:22, 60:19
**medications** [1] - 33:9
**meet** [4] - 43:15, 43:22, 44:4, 58:4
**memory** [1] - 33:20, 53:17, 53:19
**mentioned** [1] - 32:14
**met** [2] - 10:17, 43:19
**Miami** [3] - 42:9, 42:11, 42:13
**middle** [4] - 25:25, 32:6, 37:8, 37:10
**Mlddle** [1] - 37:12
**midnight** [1] - 44:22
**Mile** [1] - 38:21
**mind** [2] - 11:7, 53:19
**mine** [1] - 45:12
**Mineola** [1] - 2:11
**minutes** [4] - 11:13, 12:17, 23:15, 68:12
**mom** [20] - 7:3, 9:2, 9:4, 10:6, 10:23, 12:23, 14:2, 14:3, 21:18, 22:17, 23:8, 48:7, 48:16, 49:14, 49:16, 50:3, 54:14, 56:21, 59:6, 68:9
**mom's** [3] - 7:4, 21:23, 59:10
**moment** [1] - 54:21
**month** [2] - 10:16, 44:8
**months** [4] - 7:15, 44:10, 44:11, 57:14
**morning** [7] - 5:10, 5:11, 9:7, 38:7, 44:14, 56:5, 57:19
**mother** [17] - 30:12, 36:19, 37:7, 48:22, 49:10, 49:17, 49:21, 50:9, 50:14, 50:24, 51:3, 51:8, 53:8, 56:16, 56:23, 56:24, 57:3
**mother's** [3] - 21:21, 36:21, 68:20
**moved** [3] - 39:9, 39:11, 41:4
**moving** [1] - 49:20
**MR** [15] - 4:8, 4:17,

4:22, 24:18, 27:6, 31:12, 31:18, 42:3, 62:24, 63:4, 63:8, 64:6, 64:14, 69:3, 69:5
**must** [1] - 55:15

## N

**name** [11] - 4:9, 5:12, 7:21, 8:14, 32:3, 32:6, 32:9, 35:13, 36:5, 36:21, 36:23
**named** [1] - 43:15
**narrative** [1] - 64:24
**NASSAU** [1] - 1:7, 2:9
**Nautical** [1] - 38:21
**near** [1] - 54:15
**need** [3] - 5:8, 6:8, 33:3
**needed** [2] - 42:14, 60:9
**neighbors** [2] - 30:3, 30:5
**never** [12] - 16:13, 27:14, 27:23, 61:18, 62:20, 62:22, 68:22
**NEW** [1] - 1:2
**New** [16] - 1:11, 1:20, 2:6, 2:11, 4:4, 4:16, 8:3, 36:12, 36:16, 38:19, 38:20, 43:4, 71:6
**next** [9] - 25:25, 35:9, 39:12, 56:3, 56:5, 56:7, 66:13, 66:22, 67:8
**nice** [1] - 58:20
**nickname** [1] - 32:10
**night** [19] - 19:10, 30:17, 38:7, 52:23, 56:14, 56:18, 57:6, 57:16, 60:20, 68:5
**nightshifts** [1] - 38:8
**Non** [1] - 1:16
**Non-party** [1] - 1:16
**normal** [3] - 38:11, 39:16, 58:10
**NOTARY** [1] - 69:21
**Notary** [3] - 1:19, 4:4, 71:5
**nothing** [3] - 22:23, 28:10, 51:18

## O

**oath** [1] - 3:16
**objections** [1] - 3:10
**obscenities** [1] -

65:25
**observe** [2] - 10:21, 12:19
**observed** [2] - 15:21, 65:8
**observing** [1] - 10:22
**occurred** [10] - 5:14, 8:2, 8:21, 23:8, 25:12, 25:21, 26:12, 26:22, 42:25, 56:25
**occurring** [1] - 8:17
**OF** [3] - 1:2, 1:7, 2:9
**OFFICE** [1] - 2:9
**Officer** [8] - 66:5, 66:16, 66:19, 66:24, 66:25, 67:3, 67:8, 67:18
**officer** [28] - 3:15, 14:14, 15:2, 15:7, 15:10, 15:22, 15:24, 19:4, 23:24, 26:3, 26:7, 52:6, 52:7, 52:10, 52:16, 52:19, 53:14, 53:20, 54:2, 55:5, 55:13, 55:15, 60:23, 62:11, 63:14, 66:11
**OFFICER** [1] - 1:7
**officer's** [1] - 63:10
**officers** [12] - 11:18, 18:24, 20:14, 20:22, 27:14, 27:15, 27:23, 28:4, 60:11, 61:11, 61:18, 61:19, 62:7, 65:23, 66:2, 68:25
**offices** [1] - 41:18
**older** [3] - 36:2, 36:4, 36:7
**once** [3] - 10:19, 54:22, 61:2
**One** [1] - 2:10
**one** [17] - 11:14, 11:18, 14:14, 14:15, 17:23, 22:2, 23:21, 23:22, 26:4, 38:22, 40:19, 49:5, 55:22, 59:25, 60:11, 61:11, 62:5
**open** [1] - 48:7
**order** [1] - 17:22
**ordering** [1] - 4:24
**OTH-8330** [1] - 2:7
**outcome** [1] - 71:15
**outrageous** [1] - 68:18
**outright** [1] - 68:18
**outside** [14] - 8:2, 8:17, 9:9, 9:11, 12:11, 13:3, 45:22, 48:4, 48:13, 48:16, 48:18,

48:19, 48:22, 51:9
**overhear** [2] - 14:19, 18:10
**overlooking** [1] - 45:9
**owns** [1] - 37:5

## P

**p.m** [1] - 69:12
**page** [5] - 27:5, 27:7, 35:10, 64:23
**PAGE** [1] - 70:4, 70:9, 70:11, 72:7
**pages** [1] - 64:19
**paid** [1] - 5:9
**pain** [1] - 29:22
**paragraph** [2] - 27:17, 61:14
**parents** [7] - 8:11, 30:19, 47:16, 56:16, 58:4, 58:20
**parents'** [3] - 43:24, 45:11, 57:3
**parked** [4] - 11:22, 12:4, 19:15, 65:22
**particular** [1] - 26:14
**parties** [2] - 3:6, 71:13
**party** [4] - 1:16, 14:13, 39:6, 39:13
**passenger** [1] - 65:22
**past** [1] - 33:13
**patting** [1] - 52:3
**pending** [1] - 6:12
**people** [1] - 10:4
**percent** [3] - 15:14, 31:7, 61:23
**period** [1] - 39:9
**person** [1] - 39:16
**personally** [1] - 48:23
**Philip** [2] - 5:12, 63:2
**PHILIP** [1] - 2:6
**phone** [10] - 21:15, 21:16, 21:22, 21:24, 21:25, 23:9, 23:17, 55:21, 59:10, 68:16
**physical** [6] - 13:15, 15:20, 18:12, 18:17, 18:24, 20:13
**physically** [13] - 14:12, 15:4, 16:2, 17:15, 18:7, 19:3, 20:10, 23:24, 34:14, 49:21, 67:20, 67:23, 68:19
**pick** [1] - 59:13
**picking** [1] - 56:6

**Place** [1] - 41:19
**place** [1] - 1:17
**placed** [1] - 55:19
**Plaintiff** [2] - 1:5, 2:5
**plaintiff** [2] - 5:13, 33:25
**PLAINTIFF'S** [1] - 70:9
**Plaintiff's** [6] - 4:20, 6:23, 27:9, 34:13, 61:13, 63:24
**plays** [1] - 53:19
**PLLC** [1] - 2:4
**point** [27] - 10:8, 10:11, 10:14, 10:20, 11:3, 12:22, 13:9, 17:16, 17:23, 20:12, 20:17, 22:20, 25:24, 46:20, 49:5, 50:3, 51:19, 54:9, 54:16, 55:12, 56:6, 57:12, 59:25, 63:9, 63:16, 66:14, 67:16
**points** [2] - 68:4
**poker** [1] - 65:12
**POLICE** [1] - 1:7
**police** [16] - 11:3, 11:12, 11:17, 14:21, 18:16, 19:13, 19:14, 19:15, 23:18, 26:3, 26:7, 27:14, 27:15, 48:8, 61:18, 61:19
**policeman** [2] - 50:10, 51:2
**policemen** [2] - 47:25, 48:4
**pop** [1] - 53:21
**pose** [1] - 33:17
**possible** [1] - 61:7
**possibly** [1] - 26:5
**precinct** [3] - 58:23, 59:3, 59:8
**prepare** [1] - 34:9
**presently** [1] - 33:8
**pretty** [3] - 19:11, 23:17, 25:14
**previously** [1] - 39:25
**problem** [2] - 39:14, 39:18
**product** [1] - 41:23
**protecting** [1] - 28:10
**PUBLIC** [1] - 69:21
**Public** [3] - 1:19, 4:4, 71:5
**publishing** [3] - 41:9, 41:10, 41:11
**pulled** [2] - 11:4, 48:11

**punch** [1] - 61:10, 65:18, 66:11
**punched** [1] - 66:7
**pursuant** [1] - 1:17
**push** [1] - 66:19
**pushed** [4] - 27:15, 27:23, 61:19, 66:15
**put** [8] - 7:9, 19:12, 20:15, 21:8, 22:24, 50:2, 54:18, 55:2
**putting** [7] - 14:11, 16:3, 16:6, 19:5, 19:7, 19:16, 55:16

## Q

**Queens** [1] - 36:12
**questions** [16] - 5:17, 6:3, 24:16, 24:19, 29:2, 31:10, 31:20, 31:21, 32:15, 33:7, 33:17, 34:25, 40:7, 62:25, 69:4, 69:6
**quick** [1] - 63:5
**quickly** [1] - 13:24, 23:17, 24:5, 48:15
**quiet** [2] - 30:6, 49:19

## R

**R-I-F-K-I-N** [1] - 7:22
**R-I-T-T-E-R** [1] - 4:12
**raise** [1] - 18:22
**Ralph** [1] - 4:23
**RALPH** [1] - 2:11
**ran** [6] - 13:3, 24:6, 24:8, 48:15, 66:15, 67:18
**READ** [1] - 72:7
**read** [8] - 24:14, 24:18, 24:22, 28:14, 61:14, 64:17, 65:2, 66:14
**reading** [7] - 26:10, 27:17, 29:24, 65:3, 65:5, 65:7, 68:13
**realize** [2] - 10:9, 10:24
**really** [14] - 9:20, 10:10, 12:8, 14:22, 15:6, 16:13, 17:22, 24:4, 24:6, 29:12, 39:15, 43:20, 55:8, 62:22
**reason** [4] - 26:16, 28:3, 33:15, 64:2
**recollection** [5] - 25:12, 26:11, 27:18,

46:10, 60:22
**record** [15] - 4:9, 4:14, 7:9, 21:19, 24:21, 27:7, 31:5, 31:14, 31:16, 32:4, 42:4, 42:6, 61:15, 68:22, 71:10
**recorded** [1] - 35:2
**recording** [2] - 26:17, 35:5
**reentered** [1] - 65:21
**referring** [1] - 68:22
**refresh** [3] - 25:11, 26:11, 27:18
**refusing** [3] - 65:23, 66:2, 67:11
**REISSMAN** [10] - 2:11, 4:22, 24:18, 31:12, 31:18, 42:3, 62:24, 64:6, 64:14, 69:3
**Reissman** [2] - 4:23, 70:6
**related** [1] - 57:8, 71:13
**relation** [4] - 11:22, 12:3, 12:8, 55:6
**relationship** [1] - 38:24
**remember** [16] - 8:20, 11:17, 12:6, 17:20, 17:22, 17:23, 20:5, 25:2, 25:15, 26:14, 26:24, 35:13, 39:11, 51:11, 51:15, 61:8
**repeat** [3] - 6:4, 27:13, 61:17
**repeating** [1] - 54:5
**rephrase** [2] - 6:4, 32:25
**report** [1] - 64:17
**reporter** [6] - 1:19, 5:20, 24:22, 32:17, 64:7, 71:4
**reports** [1] - 30:23
**represent** [1] - 5:13
**represented** [1] - 6:21
**representing** [1] - 3:20
**request** [1] - 6:11
**required** [1] - 28:11
**reserved** [1] - 3:11
**residence** [1] - 67:2
**resist** [3] - 27:16, 27:24, 61:20
**resisting** [3] - 63:16, 67:20, 67:23
**respective** [1] - 3:5

**respond** [2] - 5:18, 32:18
**response** [1] - 6:20
**responses** [1] - 5:19
**restrained** [3] - 16:21, 16:23, 63:21
**restraining** [1] - 14:10
**restricted** [1] - 51:10
**result** [1] - 7:6
**retail** [1] - 41:11
**returned** [1] - 68:22
**review** [1] - 35:7
**Rifkin** [1] - 7:22
**ripped** [2] - 54:24, 68:19
**Ritter** [14] - 4:11, 5:10, 7:8, 31:19, 32:5, 32:7, 65:21, 65:24, 66:4, 66:7, 66:17, 66:24, 67:17, 67:20
**RITTER** [4] - 1:15, 69:11, 69:15, 70:5
**Ritter's** [1] - 67:16
**room** [6] - 6:9, 10:5, 25:4, 45:5, 45:6, 48:6
**run** [2] - 66:18, 68:7
**running** [2] - 51:15, 68:8

## S

**Saks** [1] - 41:15
**sat** [4] - 21:10, 54:11, 55:17, 65:22
**Saturdays** [1] - 38:10
**saw** [23] - 9:25, 10:3, 10:6, 16:2, 18:6, 18:19, 18:22, 19:4, 24:7, 46:3, 46:6, 47:22, 47:25, 48:7, 48:11, 48:24, 51:7, 52:12, 53:12, 54:22, 56:4, 60:11, 68:11
**scene** [10] - 22:3, 22:6, 29:14, 29:23, 30:7, 30:9, 35:22, 47:25, 65:24, 68:17
**schedule** [1] - 38:11
**school** [18] - 9:4, 36:20, 37:9, 37:10, 38:4, 38:6, 38:12, 38:13, 40:10, 40:12, 40:17, 42:15, 42:20, 42:23, 42:25, 43:2, 43:3, 43:5
**School** [2] - 37:12, 40:13
**Scott** [1] - 35:11
**scream** [1] - 62:6

LEX REPORTING SERVICE
800-608-6085

08/23/2017 02:21:29 PM

**screaming** [8] - 45:22, 45:24, 61:5, 61:24, 61:25, 65:25, 67:4, 67:11
**screams** [2] - 9:9, 62:3
**sealing** [1] - 3:6
**seat** [1] - 65:22
**second** [2] - 27:5, 64:23
**secured** [1] - 68:17
**see** [38] - 10:4, 12:21, 12:24, 17:14, 18:8, 23:23, 29:13, 35:10, 47:20, 48:23, 52:10, 52:16, 52:19, 52:21, 52:25, 53:4, 53:14, 53:20, 55:24, 56:8, 57:4, 59:16, 59:19, 60:24, 61:10, 62:11, 62:18, 63:9, 65:17, 65:19, 66:10, 66:12, 66:18, 67:4, 67:13, 67:15, 67:23, 68:24
**seeing** [4] - 18:14, 44:5, 52:15, 57:14
**self** [1] - 37:6
**self-contractor** [1] - 37:6
**send** [2] - 5:6, 5:7
**sending** [1] - 5:3
**sent** [1] - 4:25
**sentence** [5] - 27:4, 66:13, 66:22, 66:23, 67:8
**sentences** [1] - 26:10
**separate** [2] - 23:14, 66:25
**separated** [2] - 59:23, 60:7
**separately** [1] - 47:19
**served** [3] - 6:25, 7:2, 7:3
**set** [2] - 15:12, 71:8
**several** [3] - 22:20, 44:11, 57:13
**shall** [2] - 3:11, 3:18
**SHEET** [1] - 72:2
**Sherman** [18] - 5:13, 10:17, 24:14, 27:14, 43:16, 43:25, 46:13, 47:3, 51:7, 61:18, 63:10, 63:14, 66:15, 66:18, 66:25, 67:2, 67:9, 67:13
**SHERMAN** [1] - 1:4
**Sherman's** [1] -

27:19
**shock** [1] - 19:10
**shoplifting** [1] - 40:3
**short** [1] - 15:5
**shorthand** [1] - 1:19
**shortly** [3] - 22:3, 35:9, 54:21
**SHOULD** [1] - 72:7
**show** [3] - 6:22, 24:11, 64:15
**showed** [1] - 30:25
**showing** [1] - 69:7
**shrug** [1] - 5:21
**side** [2] - 41:12, 50:3
**sides** [2] - 23:14, 54:19
**sidewalk** [1] - 21:11
**signed** [2] - 3:14, 3:17
**sister** [57] - 8:12, 10:6, 10:13, 10:25, 11:2, 11:5, 13:2, 13:17, 13:23, 14:3, 14:15, 14:22, 15:3, 15:22, 16:13, 16:14, 17:5, 17:11, 17:15, 17:16, 17:24, 20:9, 22:14, 22:25, 23:11, 23:22, 23:25, 24:9, 28:10, 29:10, 36:19, 44:3, 46:2, 46:3, 46:21, 47:23, 49:10, 49:11, 49:15, 49:17, 49:18, 51:8, 54:14, 54:15, 56:19, 57:2, 57:5, 57:6, 57:11, 58:6, 58:8, 59:16, 61:4, 63:11, 65:17, 68:8
**sister's** [5] - 31:6, 59:14, 62:3, 64:20, 64:21
**sitting** [2] - 22:11, 29:25
**situation** [1] - 12:24
**sleeping** [1] - 44:24
**smashed** [1] - 21:14
**sold** [1] - 41:24
**someone** [4] - 16:10, 25:7, 43:15
**sometime** [2] - 12:16, 43:20
**sometimes** [2] - 39:22, 57:24
**sorry** [2] - 43:7, 65:12
**sort** [1] - 54:19
**sounds** [2] - 9:23, 43:13
**speaking** [1] - 14:14

**specifically** [1] - 61:8
**split** [2] - 14:2, 45:3
**spoken** [1] - 29:7
**sprawled** [2] - 22:15
**spring** [1] - 43:21
**stairs** [1] - 47:14
**standing** [3] - 26:6, 46:7, 46:9
**start** [2] - 42:14, 66:22
**started** [1] - 41:5
**State** [5] - 1:20, 4:4, 4:9, 4:13, 71:6
**state** [1] - 32:3
**statement** [21] - 24:11, 24:24, 25:3, 25:6, 25:17, 26:18, 26:21, 27:11, 28:13, 29:5, 29:24, 34:12, 34:15, 35:7, 35:15, 35:17, 48:25, 61:15, 63:22, 64:3, 64:9
**Statement** [1] - 70:12
**statements** [4] - 28:15, 30:19, 30:23, 35:2
**STATES** [1] - 1:1
**stay** [1] - 49:13
**step** [6] - 10:2, 14:4, 14:5, 39:13, 48:13
**still** [13] - 12:13, 12:14, 13:10, 20:20, 21:11, 21:24, 27:20, 49:13, 54:12, 56:2, 58:18, 60:6, 67:19
**STIPULATED** [3] - 3:4, 3:9, 3:13
**stop** [13] - 12:25, 13:4, 26:9, 48:9, 49:20, 51:12, 51:18, 51:21, 51:23, 52:4, 54:23, 62:9, 65:20
**stopped** [1] - 16:13
**stopping** [2] - 13:11, 58:19
**straddling** [2] - 50:4, 50:9
**street** [9] - 9:16, 9:18, 11:25, 23:15, 47:14, 47:18, 47:21, 50:4, 66:3
**Street** [5] - 1:11, 2:5, 2:10, 4:15, 38:15
**strike** [6] - 28:7, 52:10, 52:19, 53:15, 60:11, 60:24
**striking** [2] - 20:22, 60:23

**struggling** [2] - 67:19, 68:9
**studious** [1] - 39:6
**Stuyvesant** [5] - 7:25, 9:19, 9:21, 36:15, 67:18
**subject** [1] - 65:24
**Subject** [11] - 65:21, 66:3, 66:6, 66:14, 66:17, 66:24, 66:25, 67:2, 67:9, 67:16, 67:19
**subpoena** [2] - 6:20, 6:24
**Subpoena** [1] - 1:18
**Subscribed** [1] - 69:18
**sued** [2] - 34:2, 34:5
**suggest** [1] - 44:14
**suggesting** [1] - 35:17
**summer** [1] - 42:12
**Sunday** [2] - 33:13, 33:14
**SUNY** [1] - 41:3
**sworn** [5] - 3:15, 3:17, 4:3, 69:18, 71:9

**T**

**tall** [1] - 15:5
**taller** [1] - 15:11
**Tatiana** [35] - 8:12, 36:2, 37:23, 38:24, 40:8, 42:7, 42:8, 42:15, 42:19, 43:11, 44:6, 46:3, 49:22, 50:6, 50:10, 50:11, 50:20, 53:9, 54:10, 55:24, 56:4, 56:17, 57:15, 58:3, 58:12, 60:4, 61:10, 61:24, 62:12, 62:15, 62:18, 66:10, 67:19, 67:23
**Tatiana's** [1] - 47:10
**teacher** [2] - 37:18, 43:9
**team** [1] - 25:8
**technically** [2] - 9:21, 44:20
**ten** [2] - 23:15, 25:20
**testified** [1] - 4:5
**testify** [2] - 28:19, 28:22
**testifying** [1] - 3:20
**testimony** [2] - 71:8, 71:11
**THE** [2] - 2:9, 69:8
**third** [1] - 65:21
**threatening** [2] -

18:10, 18:15
**three** [1] - 45:4
**threw** [1] - 22:22
**tied** [2] - 19:21, 19:22
**today** [3] - 6:23, 27:8, 30:25
**today's** [1] - 34:10
**together** [4] - 22:23, 39:8, 58:16, 60:2
**took** [9] - 11:12, 17:9, 21:18, 21:20, 21:25, 23:16, 25:5, 35:14, 54:25
**top** [9] - 15:13, 23:12, 35:10, 51:25, 52:2, 52:6, 52:8, 54:2, 65:21
**totally** [2] - 11:5, 63:21
**touch** [2] - 18:8, 49:21
**towards** [1] - 67:18
**train** [1] - 57:20
**transcript** [4] - 4:25, 5:6, 71:10, 72:5
**treat** [1] - 28:7
**trial** [1] - 3:12
**Tribeca** [1] - 41:19
**tried** [1] - 50:2
**true** [7] - 25:16, 26:15, 27:12, 61:16, 61:23, 65:15, 71:10
**truthful** [1] - 33:16
**try** [3] - 32:25, 49:25, 50:4
**Trying** [1] - 41:5
**trying** [26] - 10:25, 11:8, 17:5, 17:12, 19:9, 20:8, 21:9, 22:17, 22:18, 37:21, 39:8, 39:12, 40:8, 49:12, 49:19, 50:13, 50:16, 51:12, 51:17, 51:21, 51:23, 52:4, 54:15, 54:18, 54:23, 68:10
**turn** [2] - 31:13, 49:2
**Turtle** [1] - 37:11
**twelve** [1] - 22:2
**twice** [2] - 10:19, 61:3
**two** [16] - 7:11, 10:12, 10:16, 11:19, 11:20, 13:21, 18:4, 18:8, 18:11, 23:20, 24:19, 27:7, 44:10, 55:11, 55:22, 64:18
**two-page** [1] - 27:7
**type** [1] - 45:18

typed [1] - 34:17
typical [2] - 33:6, 38:6
typing [1] - 32:17

# U

unbeknownst [1] - 10:24
under [5] - 33:8, 55:19, 56:20, 66:4, 67:10
undergraduate [1] - 40:17
underlying [1] - 24:13
uniforms [1] - 15:18
Uniondale [2] - 37:12, 38:16
UNITED [1] - 1:1
University [1] - 40:20
unusual [1] - 45:19
up [15] - 8:22, 11:4, 12:7, 14:11, 20:5, 34:17, 38:23, 48:11, 53:10, 56:6, 57:10, 59:13, 62:4, 63:14, 69:7
ups [1] - 63:5
upstairs [2] - 45:4, 45:9

# V

V-E-R-O [1] - 32:10
various [1] - 50:23
vehicle [4] - 65:22, 65:25, 66:15, 66:19
verbal [4] - 5:19, 13:16, 13:19, 46:18
verbally [3] - 20:10, 20:11, 32:19
Vero [1] - 32:10
VERO [1] - 32:11
VERONICA [5] - 1:15, 4:11, 69:11, 69:15, 70:5
Veronica [3] - 4:11, 32:5, 32:7
via [1] - 6:20
video [1] - 23:13
videotaped [1] - 23:8
view [1] - 48:7
violently [2] - 67:20, 67:23
vividly [1] - 49:4
voluntarily [1] - 68:17
voucher [1] - 5:5

# W

wait [2] - 5:17, 32:16
waited [1] - 59:11
waiting [2] - 10:7, 12:23
waived [1] - 3:8
walked [4] - 47:14, 47:17, 47:20, 48:3
Wall [2] - 1:11, 2:5
water [1] - 6:9
website [1] - 41:25
week [2] - 38:8, 38:12
weekend [1] - 30:16
weekends [2] - 38:9, 38:10
weight [1] - 55:10
West [1] - 2:10
white [3] - 15:5, 15:16, 15:17
whole [2] - 16:12, 64:18
wider [1] - 10:5
wild [1] - 39:2
window [11] - 9:10, 9:11, 9:13, 9:22, 9:24, 10:5, 10:7, 45:13, 45:14, 45:25, 57:3
wise [1] - 43:14
witness [5] - 1:16, 3:20, 4:2, 20:12, 28:2
WITNESS [2] - 69:8, 70:4
witness(es [1] - 71:7
witness(es) [1] - 71:11
witnessed [2] - 30:13, 31:4
woke [3] - 8:22, 57:10, 62:3
words [4] - 16:9, 28:5, 61:6, 61:21
works [1] - 57:17
write [3] - 41:22, 41:23, 41:25
wrote [2] - 34:18, 35:4

# Y

yard [2] - 45:13, 45:15
year [1] - 40:22
years [1] - 7:11
yelling [22] - 13:11, 16:10, 16:12, 16:13, 16:17, 20:7, 21:12, 30:3, 30:5, 46:11, 46:13, 46:15, 46:21,

50:24, 51:2, 51:3, 54:12, 56:2, 60:4, 63:18, 63:19
YORK [1] - 1:2
York [18] - 1:11, 1:20, 2:6, 2:11, 4:5, 4:16, 8:3, 9:20, 9:21, 36:12, 36:16, 38:19, 38:20, 43:4, 71:6
younger [4] - 36:2, 36:7, 36:8, 39:2
youngest [1] - 36:9
yourself [6] - 31:22, 40:8, 58:21, 59:5, 65:2, 65:10