9:40 A.m

We have reached a verdict.

*[signature]*

**FILED**
**IN CLERK'S OFFICE**
**U.S. DISTRICT COURT E.D.N.Y.**

★ JAN 30 2020 ★

LONG ISLAND OFFICE