```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
MAKSIM SHERMAN,

                PLAINTIFF,              VERDICT SHEET
                                        16-CV-1416 (DRH)
        -AGAINST-

COUNTY OF NASSAU AND POLICE OFFICER
DAVID J. MCGARRIGLE,
                                        FILED
                                        IN CLERK'S OFFICE
                                        U.S. DISTRICT COURT E.D.N.Y.

                DEFENDANTS.             ★  JAN 30 2020  ★
---------------------------------------X
                                        LONG ISLAND OFFICE
```

## INSTRUCTIONS

THE APPLICABLE LAW AS TO THIS CASE IS FULLY SET FORTH IN THE CHARGE. THE PURPOSE OF THIS FORM IS <u>SOLELY</u> TO ASSIST YOU IN REPORTING YOUR VERDICT.

YOUR VERDICT MUST BE UNANIMOUS, THAT IS, EACH OF YOU MUST AGREE ON THE ANSWER TO EACH QUESTION.

## **FEDERAL CIVIL RIGHTS CLAIM**

1. HAS PLAINTIFF'S <u>FEDERAL CIVIL RIGHTS CLAIM OF EXCESSIVE FORCE</u> BEEN ESTABLISHED AS TO THE DEFENDANT MCGARRIGLE?

    YES ✓     NO ____

## **STATE LAW CLAIMS**

**ASSAULT**

2. HAS PLAINTIFF'S STATE LAW CLAIM FOR ASSAULT BEEN ESTABLISHED AS TO DEFENDANT MCGARRIGLE?

    YES ✓     NO ____

**BATTERY**

3. HAS PLAINTIFF'S STATE LAW CLAIM FOR BATTERY BEEN ESTABLISHED AS TO DEFENDANT MCGARRIGLE?

   YES ✓      NO _____

IF YOU ANSWERED "NO" TO ALL OF QUESTIONS 1, 2 AND 3 YOU HAVE FOUND FOR DEFENDANT MCGARRIGLE. PROCEED NO FURTHER AND SIMPLY REPORT YOUR VERDICT TO THE COURT.

IF YOU ANSWERED "YES" TO ANY OF QUESTIONS 1, 2 OR 3 THEN YOU HAVE FOUND FOR PLAINTIFF, IN WHICH EVENT YOU SHOULD PROCEED TO QUESTIONS 4 THROUGH 6 BELOW.

**COMPENSATORY DAMAGES**

4. PLEASE STATE THE TOTAL AMOUNT OF COMPENSATORY DAMAGES, IF ANY, YOU ARE AWARDING PLAINTIFF:

   COMPENSATORY DAMAGES (TOTAL AMOUNT)

   $ 100,000.00

**NOMINAL DAMAGES ($1.00)**

(TO BE CONSIDERED ONLY IF YOU RETURN A VERDICT FOR PLAINTIFF ON HIS <u>FEDERAL CIVIL RIGHTS EXCESSIVE FORCE CLAIM</u> BUT DO NOT AWARD PLAINTIFF ANY COMPENSATORY DAMAGES ON THAT CLAIM)

5. SHOULD PLAINTIFF BE AWARDED NOMINAL DAMAGES IN THE SUM OF $1.00 ON HIS FEDERAL CIVIL RIGHTS EXCESSIVE FORCE CLAIM AS AGAINST DEFENDANT?

   YES _____      NO ✓  N/A

**PUNITIVE DAMAGES**

6. PLEASE STATE THE AMOUNT OF PUNITIVE DAMAGES, IF ANY, YOU ARE AWARDING PLAINTIFF AGAINST DEFENDANT:

Page 2 of 3

PUNITIVE DAMAGES

$ 1,000,000.00


DATED:   JANUARY      , 2020
         CENTRAL ISLIP, NEW YORK

                                           _____
                                                   FOREPERSON