UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MAKSIM SHERMAN

                                                JUDGMENT

                Plaintiffs,

                                                16-CV-1416 (DRH)

   -against-


POLICE OFFICER DAVID J. MCGARRIGLE


                Defendants.
-------------------------------------------------X

This action having been tried by a jury with Judge Denis R. Hurley, United States Senior District Judge, presiding, and the jury having rendered a verdict; it is

ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Maksim Sherman and against P.O. David J. McGarrigle in the amount of $100,000.00 compensatory damages and $1,000,000.00 punitive damages for the total sum of $1,100,000.00; plus post-judgment interest pursuant to 28 U.S.C. § 1961.

| | |
|---|---|
| Dated: Central Islip, New York<br>February 5, 2020 | DOUGLAS C. PALMER<br>CLERK OF COURT |

                                            by:    /s/ *Lisa Lundy*
                                                        Deputy Clerk