UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MAKSIM SHERMAN,

          Plaintiff,

-against-

OFFICER DAVID J. McGARRIGLE,

          Defendants.
--------------------------------------------------------X

**FILED CLERK**
7/8/2020 12:16 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AMENDED JUDGMENT**
16-CV-1416 (DRH)(AYS)

      Whereas this action having been tried by a jury with Judge Denis R. Hurley, United States Senior District Judge, presiding, and the jury having rendered a verdict awarding plaintiff Maksim Sherman the amount of $100,000.00 compensatory damages and $1,000,000.00 punitive damages against P.O. David J. McGarrigle; and

      Whereas by Order dated June 10, 2020 this Court granted Defendant's motion pursuant to Fed. R. Civ. Pro. 50 and 59 to the extent of directing a new trial on punitive damages unless Plaintiff accepted a reduced punitive damages award totaling $200,000.00; and

      Whereas by letter dated July 7, 2020 Plaintiff accepted the reduced punitive damages award of $200,000.00; it is

      ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Maksim Sherman and against P.O. David J. McGarrigle in the amount of $100,000.00 compensatory damages and $200,000.00 punitive damages for the total sum of $300,000.00; plus postjudgment interest pursuant to 28 U.S.C. § 1961.

Dated: Central Islip, New York
July 8, 2020

        DOUGLAS C. PALMER
        CLERK OF COURT
        By: Lisa E. Lundy
        Deputy Clerk