**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MAKSIM SHERMAN,

                Plaintiff,                              **JUDGMENT FOR ATTORNEYS' FEES**
                                                                          CV 16-1416 (DRH) (AYS)

        -against-

COUNTY OF NASSAU and POLICE
OFFICER DAVID J. McGARRIGLE,

                Defendants.
-----------------------------------------------------------X

      A Memorandum and Order of Honorable Denis R. Hurley, United States District Judge, having been filed on October 15, 2020, and an electronic Order of Honorable Denis R. Hurley, United States District Judge, having been filed on October 28, 2020, granting Plaintiff's motion for attorney's fees in the amount of $87,032.50 and costs and disbursements in the amount of $3,476.18, for a total award of $90,508.68, it is

      **ORDERED AND ADJUDGED** that Plaintiff's motion for attorney's fees and costs is granted; and that Plaintiff Maksim Sherman is awarded $90,508.68 in attorney's fees and costs as against Defendants County of Nassau and Police Officer David J. McGarrigle.

Dated:  October 28, 2020
          Central Islip, New York

                                                               DOUGLAS C. PALMER
                                                                CLERK OF THE COURT

                                        By:    /s/ James J. Toritto
                                                     Deputy Clerk